**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, AND JILL WOODWORTH,<br><br>    Defendants. | Case No.: 1:21-cv-02369-CBA<br><br>Hon. Carol Bagley Amon |
| LEIGH DRORI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,<br><br>    Defendants. | Case No.: 1:21-cv-02925-KAM<br><br>Hon. Kiyo A. Matsumoto |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF DREW H. BROWN, SR., JENNIFER PHUNG, AND DAVID C. MILLHISLER'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Drew H. Brown, Sr., Jennifer Phung, and David C. Millhisler ("Movants") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movants' motion for consolidation of the above-captioned actions (the "Actions"), appointment as Co-Lead Plaintiffs, and approval of their selection of Levi & Korsinsky as Lead Counsel for the

Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     PSLRA Certifications signed by Movants attesting to their transactions of Peloton Interactive, Inc. ("Peloton" or the "Company") securities;

Exhibit B:     Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Peloton securities;

Exhibit C:     Press Release published April 29, 2021, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Wilson v. Peloton Interactive, Inc., et. al.,* Case No. 1:21-cv-02369-CBA;

Exhibit D:     Joint Declaration signed by Movants; and

Exhibit E:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 28, 2021                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Drew H. Brown, Sr.,*
*Jennifer Phung, and David C. Millhisler,*
*and [Proposed] Lead Counsel for the Class*

2