# EXHIBIT 3

**Peloton Interactive, Inc. Loss Chart**
**Class Period: Between September 11, 2020 and May 5, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $103.95 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Vayner, George | 2/5/2021 | 800 | ($148.42) | ($118,736.00) | | | | | 800 | $83,161.56 | ($35,574.44) | |