UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, AND JILL WOODWORTH,<br><br>Defendants. | Case No.  1:21-cv-02369-CBA-PK |
| LEIGH DRORI, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,<br><br>Defendants. | Case No.  1:21-cv-02925-KAM-CLP |

NOTICE OF MOTION OF MELKON KRIKORIAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Melkon Krikorian ("Krikorian"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Krikorian as Lead Plaintiff on behalf of all persons and entities who purchased or otherwise acquired the publicly traded securities of Peloton Interactive, Inc. between September 11, 2020 and May 5, 2021, inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Krikorian is aware of Rule VI.A.2.a. of the Individual Practice Rules of the Honorable Peggy Kuo ("Judge Kuo's Rules"), which provides, in relevant part, that, "[a]t least two days prior to filing a non-dispositive non-discovery motion, the moving party must contact the other parties to inform them of the moving party's intent to file the motion and give the non-moving parties the opportunity to consent[,]" and that "[t]he motion, when filed, must be accompanied by a letter certifying compliance with this rule, and stating whether the non-moving parties consent to the motion or, if the other parties could not be reached for input, the moving party's efforts to reach them."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is June 28, 2021, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  Krikorian will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until June 29, 2021—the day after the statutory deadline— making contacting the other parties to inform them of Krikorian's intent to file the motion and full compliance with the foregoing rules prior to the filing of Krikorian's motion papers

impracticable.  Under these circumstances, Krikorian respectfully requests that compliance with Judge Kuo's Rule VI.A.2.a. be waived in this instance.  Alternatively, Krikorian respectfully submits that the 60-day PSLRA deadline falls within the exception provided for in Judge Kuo's Rule VI.C., which states:  "If any party concludes in good faith that delaying the filing of a motion in order to comply with any aspect of these Individual Practice Rules will deprive the party of a substantive right, the party may file the motion within the time required by the Federal Rules of Civil Procedure and/or the Federal Rules of Appellate Procedure, together with an explanation of the basis for the conclusion."

Oral argument will be held on a date and time to be designated by the court.

Dated:  June 28, 2021

Respectfully submitted,

POMERANTZ LLP

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Counsel for Melkon Krikorian and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Melkon Krikorian*

2