UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, AND JILL WOODWORTH,<br><br>     Defendants. | Case No.  1:21-cv-02369-CBA-PK |
| LEIGH DRORI, Individually and on Behalf of All Others Similarly Situated<br><br>          Plaintiff,<br><br>     v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,<br><br>          Defendants. | Case No.  1:21-cv-02925-KAM-CLP |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
MELKON KRIKORIAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Melkon Krikorian ("Krikorian"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Krikorian's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Assignment of claims from Sirvard Krikorian and Mikael Krikorian to Krikorian; |
| Exhibit B: | Chart reflecting the financial interest of Krikorian in this litigation; |
| Exhibit C: | Press release published over *Business Wire* on April 29, 2021, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit D: | Shareholder Certification executed by Krikorian; |
| Exhibit E: | Declaration executed by Krikorian; and |
| Exhibit F: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 28, 2021.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1