# EXHIBIT B

**Peloton Interactive, Inc. (PTON)**
**Class Period: September 11, 2020 to May 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 52-Day* Mean Price $103.3754 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Krikorian, Sirvard | 2/5/2021 | 681 | $146.7050 | ($99,906) | | | | | | | |
| Krikorian, Sirvard | 2/12/2021 | 3 | $147.6700 | ($443) | | | | | | | |
| Krikorian, Sirvard | 2/12/2021 | 760 | $148.8958 | ($113,161) | | | | | | | |
| **Krikorian, Sirvard** | | **1,444** | | **($213,510)** | | | | | **1,444** | **$149,274** | **($64,236)** |
| | | | | | | | | | | | |
| Krikorian, Melkon | 2/5/2021 | 681 | $146.7374 | ($99,928) | | | | | | | |
| Krikorian, Melkon | 2/12/2021 | 2 | $148.0499 | ($296) | | | | | | | |
| Krikorian, Melkon | 2/12/2021 | 537 | $148.8025 | ($79,907) | | | | | | | |
| **Krikorian, Melkon** | | **1,220** | | **($180,131)** | | | | | **1,220** | **$126,118** | **($54,013)** |
| | | | | | | | | | | | |
| Krikorian, Mikael | 2/16/2021 | 101 | $151.0250 | ($15,254) | | | | | | | |
| **Krikorian, Mikael** | | **101** | | **($15,254)** | | | | | **101** | **$10,441** | **($4,813)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Krikorian, Sirvard | | 1,444 | | ($213,510) | | | | | 1,444 | | ($64,236) |
| Krikorian, Melkon | | 1,220 | | ($180,131) | | | | | 1,220 | | ($54,013) |
| Krikorian, Mikael | | 101 | | ($15,254) | | | | | 101 | | ($4,813) |
| **Krikorian Total** | | **2,765** | | **($408,895)** | | | | | **2,765** | | **($123,062)** |

*Average Closing Prices from May 5 to June 28