**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated, | Case No. 1:21-cv-02369-CBA-PK |
| Plaintiff, | CLASS ACTION |
| v. | |
| PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH, | |
| Defendants. | |
| LEIGH DRORI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-02925-KAM-CLP |
| Plaintiff, | CLASS ACTION |
| v. | |
| PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH, | |
| Defendants. | |

**NOTICE OF RICHARD NESWICK'S MOTION FOR:**
**(1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF;**
**AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Richard Neswick ("Neswick") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Neswick as Lead Plaintiff in the above-captioned actions; and (3) approving Neswick's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.[1]

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Neswick respectfully requests that the Court: (1) consolidate the above-captioned actions; (2) appoint Neswick as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  June 28, 2021                    Respectfully submitted,


                                         **FARUQI & FARUQI, LLP**

                                         By:    */s/ James M. Wilson, Jr.*
                                                James M. Wilson, Jr.

                                         James M. Wilson, Jr.
                                         Robert W. Killorin (*pro hac vice* forthcoming)
                                         **FARUQI & FARUQI, LLP**
                                         685 Third Avenue, 26th Floor

---

[1]     Rule 3.A of the Court's Individual Motion Practices and Rules requires movants to submit a letter to arrange a pre-motion conference.  Rule 3.D requires movants to file motions after they are fully briefed (*i.e.*, bundling).  Due to the PSLRA's lead plaintiff procedure, however, Neswick will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Neswick respectfully requests that the pre-motion conference and the bundle requirements under Rules 3.A and 3.D be waived.

New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com
         rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff and*
*[Proposed] Lead Counsel for the putative Class*

2