**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, AND JILL WOODWORTH,<br><br>Defendants. | Case No.: 1:21-cv-02369-CBA<br><br>Hon. Carol Bagley Amon |
| LEIGH DRORI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,<br><br>Defendants. | Case No.: 1:21-cv-02925-KAM<br><br>Hon. Kiyo A. Matsumoto |

**NOTICE OF WITHDRAWAL OF MOTION OF DREW H. BROWN, SR., JENNIFER PHUNG, AND DAVID C. MILLHISLER FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Drew H. Brown, Sr., Jennifer Phung, and David C. Millhisler ("Movants") respectfully withdraw their motion for consolidation of the above-captioned actions (the "Actions"), appointment as Co-Lead Plaintiffs, and approval of his selection of Lead Counsel.

This withdrawal shall have no impact on Movant's membership in the proposed class, or their right to share in any recovery obtained for the benefit of the class.

.

Dated: July 1, 2021                              Respectfully Submitted,


**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Drew H. Brown, Sr.,*
*Jennifer Phung, and David C. Millhisler,*
*and [Proposed] Lead Counsel for the Class*