**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHLEY WILSON, Individually and on behalf of all others similarly situated, | Case No: 1:21-cv-02369-CBA-PK |
| Plaintiff, | CLASS ACTION |
| v. | |
| PELOTON INTERACTIVE, INC., JOHN FOLEY, AND JILL WOODWORTH, | |
| Defendants. | |
| LEIGH DRORI, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:21-cv-02925-KAM-CLP |
| Plaintiff, | CLASS ACTION |
| v. | |
| PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO COMPETING**
**MOTIONS FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on June 28, 2021 Bijan Khamanian ("Movant") filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff; and (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class.  ECF No. 28.

Movant hereby gives notice that he does not oppose the competing motions to appoint a lead plaintiff in the action.  Having reviewed the competing motions, Movant does not appear to have the largest financial interest in the relief sought by the class.

This notice of non-opposition shall have no impact on Bijan Khamanian's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.

DATED: July 9, 2021

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Marion C. Passmore*
Marion C. Passmore
Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email: passmore@bespc.com
Email: fortunato@bespc.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I, Marion C. Passmore, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 9th day of July, 2021.

*/s/ Marion C. Passmore*

Marion C. Passmore

2