UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ASHLEY WILSON, Individually and on behalf of all others similarly situated,

      Plaintiff,

v.

PELOTON INTERACTIVE, INC., JOHN FOLEY, and JILL WOODWORTH,

      Defendants.

---

Case No. 1:21-cv-02369-CBA-PK

CLASS ACTION

---

**DEFENDANTS' NOTICE OF MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK UNDER 28 U.S.C. § 1404(a)**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Defendants Peloton Interactive, Inc., John Foley, and Jill Woodworth (collectively, "Defendants") hereby move this Court before the Honorable Carol Bagley Amon, United States District Judge for the Eastern District of New York, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Defendants' motion to transfer this case to the Southern District of New York under 28 U.S.C. § 1404(a) and for other and further relief as the Court deems just and proper. Oral argument on this Motion will be held on a date and time to be designated by the Court.

Dated:   December 21, 2021                         Respectfully submitted,
         New York, New York

LATHAM & WATKINS LLP
Andrew B. Clubok
Steven N. Feldman (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
andrew.clubok@lw.com
steve.feldman@lw.com

Susan E. Engel
555 Eleventh Street, NW
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
susan.engel@lw.com

Michele D. Johnson (admitted *pro hac vice*)
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
michele.johnson@lw.com

William J. Trach (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants Peloton Interactive,*
*Inc., John Foley, and Jill Woodworth*

2