LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES
| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 15, 2022

**VIA ECF**

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    In re Peloton Interactive, Inc. Securities Litigation, Case No. 21-cv-02369

Dear Judge Amon:

The parties in the above-captioned action have reached a settlement-in-principle to resolve all claims in the above-captioned action. The parties are currently negotiating the remaining terms of the settlement agreement, which they will endeavor to submit the Court within 120 days, including a stipulation and agreement of settlement and a motion for preliminary approval of the settlement (including a plan of allocation and procedures for class notice) as directed by Federal Rule of Civil Procedure 23(e). Accordingly, the parties respectfully request that the Court issue an immediate stay and vacate any pre-trial deadlines in light of the settlement. Counsel for the parties are available to discuss at the Court's convenience.

Respectfully Submitted,

**FARUQI & FARUQI, LLP**

By: /s/ James Wilson
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
jwilson@faruqilaw.com

*Counsel for Lead Plaintiff and Lead
Counsel for the Settlement Class*

**LATHAM & WATKINS LLP**

By: /s/  Andrew B. Clubok
Andrew B. Clubok
555 Eleventh Street, NW
Suite 1000
Washington DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendants Peloton
Interactive, Inc., John Foley, Jill
Woodworth, Hisao Kushi, and Brad Olson*