**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PELOTON INTERACTIVE, INC. SECURITIES LITIGATION | Case No. 1:21-cv-02369-CBA-PK<br><br>CLASS ACTION |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, James M. Wilson, Jr., declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.     Attached as Exhibit 1 is a true and correct copy of the firm resume of Faruqi & Faruqi, LLP.

3.     Attached as Exhibit 2 is a true and correct copy of Janeen McIntosh, Svetlana Starykh, and Edward Flores, *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review* (NERA 2023).

4.     Attached as Exhibit 3 is a true and correct copy of the article entitled "Peloton: The Problem Is The Product," published on the investor website Seeking Alpha on December 29, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of April 2023 at New York, NY.


*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1