**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PELOTON INTERACTIVE, INC. SECURITIES LITIGATION | Case No. 1:21-cv-02369-CBA-PK<br><br>CLASS ACTION |

**DECLARATION OF JAMES M. WILSON, JR. IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibit 1 is a true and correct copy of the redlined version of the Amended Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses.

3.      Attached as Exhibit 2 is a true and correct copy of the clean version of the Amended Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses.

4.      Attached as Exhibit 3 is a true and correct copy of the redlined version of the Amended [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

5.      Attached as Exhibit 4 is a true and correct copy of the clean version of the Amended [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of May 2023 at New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1

2

## CERTIFICATE OF SERVICE

I, James M. Wilson, Jr., hereby certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

By:    */s/ James M. Wilson, Jr.*
James M. Wilson, Jr.