**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PELOTON INTERACTIVE, INC., SECURITIES LITIGATION | Case No. 1:21-cv-02369(CBA)(PK) |
| | <u>CLASS ACTION</u> |

**NOTICE OF LEAD COUNSEL'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
<u>AND AN AWARD TO LEAD PLAINTIFF</u>**

PLEASE TAKE NOTICE that on Thursday, June 20, 2024 at 10:00 a.m., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, 11201, Lead Counsel[1] Faruqi & Faruqi, LLP will and hereby does respectfully move this Court for an Order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a): (a) awarding Lead Counsel attorneys' fees; (b) reimbursing lead Counsel for the expenses it incurred in prosecuting the Litigation; and (c) an award to Lead Plaintiff Richard Neswick ("Plaintiff").

This motion is based upon the accompanying Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and an Award to the Lead Plaintiff; the Declaration of James M. Wilson, Jr. in support hereof, and all related exhibits; the Declaration of Melissa Mejia Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, and all related exhibits; the pleadings and records on file, and other such matters and argument as the Court may consider at the hearing of this motion.

---

[1]     Unless otherwise noted, all capitalized terms have the meaning scribed to them in the Stipulation of Settlement dated April 17, 2023 ("Stipulation"), filed on April 17, 2023. *See* ECF No. 80.

Dated: April 24, 2024

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:    */s/ James M. Wilson, Jr.*
        James M. Wilson, Jr.

James M. Wilson, Jr.
Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
            rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*

2