# EXHIBIT 3

**PELOTON**
**FARUQI & FARUQI, LLP**
**TIME REPORT**

| PROFESSIONAL* | HOURS | RATE | LODESTAR | Categories ** | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 1 | 2 | 3 | 4 | 5 |
| NADEEM FARUQI (P) | 20.00 | $1,250 | $25,000.00 | | | | | 20 |
| JAMES "JOSH" WILSON (P) | 571.40 | $950 | $542,830.00 | 22.7 | 128.7 | 49 | 184 | 187 |
| ROBERT KILLORIN (P) | 259.50 | $950 | $246,525.00 | 7 | 2.2 | 33 | 23 | 194.3 |
| KATHERINE LENAHAN (P) | 109.70 | $700 | $76,790.00 | 0.6 | 0.2 | | 0.2 | 108.7 |
| MEGAN REMMEL (P) | 627.80 | $675 | $423,765.00 | 0.2 | 159.4 | 7.1 | 160.1 | 301 |
| DANIEL WEISS (A) | 10.00 | $625 | $6,250.00 | 9.9 | 0.1 | | | |
| THOMAS PAPAIN (A) | 391.30 | $575 | $224,997.50 | | 0.1 | 0.5 | 1.6 | 389.1 |
| DYLAN WEEKS (A) | 285.70 | $500 | $142,850.00 | 3.2 | 46 | 24.6 | 62.7 | 149.2 |
| CHRISTINA PANEQUE (A) | 201.30 | $500 | $100,650.00 | 4.9 | 94 | 1.8 | 41.5 | 59.1 |
| DEREK BEHNKE (PL) | 134.00 | $470 | $62,980.00 | 10.4 | 17.8 | 4.5 | 52.8 | 48.5 |
| ANTHONY ALOISE (PL) | 0.50 | $470 | $235.00 | | 0.5 | | | |
| MATTHEW GONZALES (PL) | 9.30 | $375 | $3,487.50 | | | | 8.4 | 0.9 |
| NICHOLAS HALLORAN (PL) | 44.00 | $350 | $15,400.00 | 1.3 | 37.7 | | 5 | |
| EVELYN ZHENG (PL) | 12.00 | $325 | $3,900.00 | | | | | 12 |
| CHRISTIAN CARRANO (PL) | 72.00 | $325 | $23,400.00 | 9 | 46 | | 7 | 10 |
| **TOTALS** | **2,748.50** | | **$1,899,060.00** | **69.20** | **532.70** | **120.50** | **546.30** | **1,479.80** |

*(P) - Partner; (SC) - Senior Counsel

(OC) - Of Counsel; (A) - Associate

(PL) - Paralegal

**Categories:**\**

**(1) Lead Plaintiff Appointment**: Time spent attending to matters related to the lead plaintiff appointment process, including monitoring cases filed, client communications, factual and legal research, and drafting and editing the lead plaintiff briefing.

**(2) Amended Complaint**: Time spent working on the amended complaint (ECF No. 45), including factual investigation, legal research, drafting, communicating with the client, service, and research for potential future amendments.

**(3) Motion to Transfer**: Time spent responding to the motion to transfer (ECF No. 40), including legal research, drafting the brief, and communicating with the client.

**(4) Motion To Dismiss**:  Time spent responding to the motion to dismiss (ECF No. 51) and request for judicial notice (ECF No. 54), including drafting the responses to these documents; responding to Defendants' notice of supplemental authority (ECF No. 73); conducting legal research in connection with these responses and motions; preparing for and attending the hearing on the motion to dismiss; and communicating with the client about these matters.

**(5) Mediation, Settlement, and Confirmatory Discovery**:  Time spent on mediation and settlement-related matters, including conferring with a damages consultant; conducting research for and drafting the mediation statement and reply mediation statement; preparing for and attending the mediation; negotiating with Defendants regarding confirmatory discovery; reviewing the confirmatory discovery Defendants produced; conferring with Defendants' counsel regarding follow-up questions to their productions; preparing for interviews with two employees as part of the confirmatory discovery process; interviewing the two employees; retaining the claims adminstrator; drafting, reviewing, and editing the settlement stipulation and related documents; drafting Lead Plaintiff's preliminary approval motion papers (ECF Nos. 81-86); drafting the final approval motion papers; and communicating with the client, defense counsel, and the mediator about mediation and/or settlement-related matters.