# EXHIBIT 4

| PELOTON | |
|---|---|
| FARUQI & FARUQI, LLP | |
| EXPENSE REPORT | |
| | |
| **CATEGORY** | **AMOUNT** |
| | |
| e-Discovery Management & Other Research Fees | $19,164.51 |
| Courier & Overnight Delivery Services | $63.00 |
| Court Reporting Service | $603.08 |
| Damages Consultant Fees | $23,473.00 |
| Investigator Fees | $22,045.50 |
| Mediation Fees | $22,500.00 |
| Postage | $138.80 |
| Reproduction (Internal) | $628.80 |
| Telephone/Fax | $320.00 |
| Meals & Travel Expenses (Local) | $59.46 |
| | |
| **TOTAL:** | **$88,996.15** |