# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PELOTON INTERACTIVE, INC. SECURITIES LITIGATION | Case No. 1:21-cv-02369-CBA-PK<br><br>CLASS ACTION |

**DECLARATION OF RICHARD NESWICK**

I, Richard Neswick, declare as follows:

1.      I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").  I have personal knowledge of the statements herein, and, if called as a witness, could and would competently testify thereto.

2.      I respectfully submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees and expenses, and my request for an award of $5,000 for my reasonable costs and expenses directly related to the representation of the Class in this Action.

3.      On November 16, 2021, this Court appointed me to serve as Lead Plaintiff in this Action.  I have taken my role as Lead Plaintiff seriously and have dedicated my personal time and energy to overseeing the Action.

4.      In fulfillment of my responsibility to all members of the proposed Class, I performed various duties in furtherance of the litigation of this Action, including:

      a)      Engaging in telephone and email communications with Lead Counsel about the Action throughout the litigation;

      b)      Collecting information concerning my transactions in Peloton Interactive, Inc. ("Peloton") and providing them to Lead Counsel;

      c)      Submitting a sworn certification as part of the Lead Plaintiff appointment process to provide information about my Peloton transactions and my understanding of the Lead Plaintiff's duties, among other things;

      d)      Reviewing documents filed and/or prepared in the Action, including the amended class action complaint, motion to dismiss briefing, mediation documents, and the motion for preliminary approval of the settlement; and

      e)      Attending the mediation virtually that lasted approximately 9 hours.

5.    Additionally, I authorized Lead Counsel to enter into the settlement of this Action for $13,950,000. Prior to providing that authorization, I learned about the risks and uncertainties posed by further litigation with guidance from Lead Counsel. I then weighed these considerations against the benefits provided by the settlement, along with advice from my attorneys, and determined that the settlement is a fair, reasonable, and adequate result for the Settlement Class under these circumstances.

6.    I understand that in cases such as this, the Court may award a reasonable sum for the time a class representative has devoted to representing the Settlement Class.

7.    While it is difficult to provide the Court with an hourly rate for my time because I am currently retired, I believe that a total of $5,000 is reasonable for the time I spent on this litigation. I conservatively estimate that I have devoted at least 25 hours to monitoring and participating in this Action as described above. This is time that I otherwise would have devoted to my personal life or other business or investment endeavors.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _April 18_, 2024

_Richard Neswick_
Richard Neswick

2