UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE PELOTON INTERACTIVE, INC., SECURITIES LITIGATION. | Case No. 2:21-cv-02369-CBA-PK |

**DECLARATION OF MELISSA MEJIA REGARDING
(A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE
SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**

I, Melissa Mejia, hereby declare and state as follows:

1.      I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

2.      Epiq was retained by Lead Counsel to be the Claims Administrator pursuant to the Court's Decision and Order (the "Preliminary Approval Order") dated February 21, 2024, and in accordance with the Stipulation and Agreement of Settlement dated April 17, 2023 (the "Stipulation").[1] I submit this Declaration in order to advise the Parties and the Court regarding the implementation of the Court-approved distribution of the Class Notice, and to report on Epiq's handling to date of the Claims administration, in accordance with the Preliminary Approval Order and the Stipulation.

3.      Epiq was established in 1968 as a client services and data processing company. Epiq has administered bankruptcies since 1985 and settlements since 1993.  Epiq has routinely developed and executed notice programs and administrations in a wide variety of mass action

---

[1] All capitalized terms not otherwise defined in this document shall have the same meanings ascribed to them in the Stipulation.

DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

contexts including settlements of consumer, antitrust, products liability, and labor and employment class actions, settlements of mass tort litigation, Securities and Exchange Commission enforcement actions, Federal Trade Commission disgorgement actions, insurance disputes, bankruptcies, and other major litigation. Epiq has administered more than 4,500 settlements, including some of the largest and most complex cases ever settled. Epiq's class action case administration services include administering notice requirements, designing direct-mail notices, implementing notice fulfillment services, coordinating with the United States Postal Service ("USPS"), developing and maintaining notice websites and dedicated telephone numbers with recorded information and/or live operators, processing exclusion requests, objections, claim forms and correspondence, maintaining class member databases, adjudicating claims, managing settlement funds, and calculating claim payments and distributions. As an experienced neutral third-party administrator working with settling parties, courts, and mass action participants, Epiq has handled hundreds of millions of notices, disseminated hundreds of millions of emails, handled millions of phone calls, processed tens of millions of claims, and distributed hundreds of billions in payments.

## OVERVIEW OF ADMINISTRATION

4.     Pursuant to the Stipulation and Preliminary Approval Order Epiq was retained to provide, and did provide, the following administrative services for the benefit of Settlement Class Members, as they are defined in the Stipulation:

- Publish a Summary Notice of the Settlement in *Investor's Business Daily* and *Globe Newswire*;

- As appropriate, mail a Postcard Notice or long form Notice and Claim Form to Settlement Class Members;

DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

- Establish and maintain an official Settlement Website containing information about the Peloton Interactive, Inc., Securities Settlement;

- Establish and maintain an official toll-free number that Settlement Class Members may contact for additional information about the Settlement;

- Review and process Requests for Exclusion sent to or received by Epiq; and

- Receive, process, track, and report on Claim Forms sent to or received by Epiq.

## **PUBLICATION NOTICE**

5. Pursuant to paragraph 12 of the Preliminary Approval Order, Epiq published the Summary Notice, which appeared once in the weekday edition of *Investor's Business Daily* on March 4, 2024. Proof of the publication is attached hereto as **Exhibit A**.

6. Pursuant to paragraph 12 of the Preliminary Approval Order on March 6, 2024, Epiq distributed the Summary Notice to *Globe Newswire* announcing the Settlement to media outlets across the country. A copy of the Summary Notice that was distributed by *Globe Newswire* is included in **Exhibit A**.

## **DATA TRANSFER**

7. On February 29, 2024, Lead Counsel provided Epiq with electronic files containing potential Settlement Class Member records. The files contained 51 names, addresses, and other relevant custom data for potential Settlement Class Members ("Class Data").

8. Epiq loaded the information provided by Lead Counsel into a database created for the purpose of administration of the proposed Settlement. Epiq assigned unique identifiers to all the records it received in order to maintain the ability to track them throughout the Settlement administration process. Epiq combined the data and reviewed the data for duplicates and confirmed the 51 of Settlement Class Member records (the "Class List").

## <u>DISSEMINATION OF THE POSTCARD NOTICE BY POSTAL MAIL</u>

9.      Pursuant to paragraphs 10-11 of the Preliminary Approval Order, Epiq was responsible for sending the Postcard Notice to all potential Settlement Class Members. Attached hereto as **Exhibit B** is the Postcard Notice that Epiq disseminated by mail.

10.      Prior to mailing the Postcard Notice to the Class List, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS").[2]  In addition, the addresses were processed via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.

11.      Prior to commencing any mailings for this matter, Epiq established a dedicated post office box to mail notice from and to allow Settlement Class Members to contact the Claims Administrator or submit documents by mail.  Epiq has and will continue to maintain the P.O. Box throughout the administration process.

12.      On March 13, 2024, Epiq mailed 51 Postcard Notices to potential Settlement Class Members on the Class List with a valid mailing address.

13.      The large majority of potential Settlement Class Members are "beneficial" purchasers whose securities are held in "in street name"-i.e., the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, of behalf od the beneficial purchasers.  Epiq maintains and updates a proprietary list of the largest and most common banks, brokers, and other nominees.  Accordingly, the list of known holders of

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

Peloton securities provided by Lead Counsel was supplemented with Epiq's internal broker list containing 990 additional names and addresses.

14. Those who purchased or otherwise acquired Peloton securities during the Class Period for the beneficial interest of a person or organization other than themselves to either (i) provide Epiq with the names and addresses of such beneficial owners no later than ten (10) calendar days of receipt of Notice, or (ii) request within ten (10) calendar days of the Notice, additional copies of the Postcard Notice from the Claims Administration, and send a copy of the Postcard Notice to such beneficial owners, no later than ten (10) calendar days after receipt of the copies.

15. Through April 22, 2024, Epiq has mailed an additional 155,853 Postcard Notices to potential members of the Settlement Class whose names and addresses were provided to Epiq and has mailed another 4,405 Postcard Notices to nominees who requested Postcard Notices to forward to their customers. Each of the requests was responded to in a timely manner, and Epiq will continue to timely respond to any additional requests received.

16. Epiq also caused the Postcard Notice to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS"). LENS enables the participating bank and broker nominees to review the Postcard Notice and contact Epiq for copies of the Postcard Notice for their beneficial holders.

17. As of April 22, 2024, and aggregate of 160,309 Postcard Notices have been disseminated to potential Settlement Class Members and their nominees by first-class mail. The return address on the Postcard Notice is the post office box maintained by Epiq. As of April 22, 2024, 2,500 Postcard Notices have been returned by the USPS with forwarding information and promptly re-mailed to the forwarding address.

DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

## SETTLEMENT WEBSITE

18.     Pursuant to paragraph 10 of the Preliminary Approval Order, on February 21, 2024, Epiq launched a website, www.pelotonsecuritiessettlement.com, that potential Settlement Class Members could visit to obtain additional information about the proposed Settlement, as well as important documents, including the long form Notice, Claim Form, Stipulation, Preliminary Approval Order, and any other relevant information that the parties agree to provide or that the Court may require ("Website").  The Website contains a summary of options available to Settlement Class Members, deadlines to act, and provides answers to frequently asked questions. Settlement Class Members are also able to file a Claim via the website, or download a paper Claim Form, which they could then file by mail.  References to the Website were prominently displayed in the Summary Notice.

19.     As of April 22, 2024, the Website has been visited by 7,480 unique visitors and 27,252 website pages have been viewed.  Epiq has maintained and will continue to maintain and update the Website throughout the administration.

## TOLL-FREE INFORMATION LINE

20.     Epiq established and is maintaining a toll-free interactive Voice Response Unit ("VRU"), 1-855-518-3039, to provide information and accommodate inquiries from Settlement Class Members.  The toll-free number was included in the Postcard Notice sent to Settlement Class Members and the automated telephone system is available 24 hours per day, 7 days per week. Callers hear an introductory message and then are provided with scripted information about the matter in the form of recorded answers to frequently asked questions.  Callers also have the options of requesting the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses and the Proof of Claim and

Release Form, (collectively, the "Claim Package"), by mail, leaving a voicemail for a call center representative to call them back, or speaking to a live operator during normal business hours. A copy of the Claim Package is attached here as **Exhibit C**.

21.    As of April 22, 2024, the toll-free number has received 141 calls representing 630 total minutes, and call center representatives have handled 48 inbound calls. Epiq has and will continue to maintain and update the VRU throughout the administration process.

## REQUESTS FOR EXCLUSION

22.    Pursuant to paragraph 17 of the Preliminary Approval Order, Settlement Class Members who wished to be excluded from the Settlement are required to mail, or submit via electronic mail, a written Request for Exclusion to Epiq so that it is received on or before May 29, 2024. As of April 22, 2024, Epiq has received two (2) timely and potentially valid exclusion requests. A copy of the two requests received to date is attached hereto as **Exhibit D**.

## OBJECTIONS RECIEVED

23.    Pursuant to paragraph 19 of the Preliminary Approval Order, Settlement Class Members who wished to object to the Settlement were required to submit written objections to the Clerk of the Court, Counsel for the Defendant, and Lead Counsel, such that they were received on or before the objection deadline of May 30, 2024. As of April 22, 2024, Epiq is not aware of, nor has Epiq received any written objections to the Settlement.

## CLAIMS RECEIVED

24.    Pursuant to paragraph 15 of the Preliminary Approval Order, Settlement Class Members who wished to be eligible to receive a distribution from the Net Settlement Fund are required to submit a completed Claim Form to the Claims Administrator electronically or via U.S.

DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

Mail, so that it is submitted and/or postmarked no later than May 21, 2024.  As of April 22, 2024, Epiq has received 299 Claim Forms.[3]

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on April 23, 2024, in New York, NY.

_Melissa Mejia_

Melissa Mejia
Senior Project Manager
Epiq Class Action & Claims Solutions, Inc. ("Epiq")

---

[3] As Epiq is still receiving, reviewing, and processing timely and late claims, the claims information provided herein is subject to further analysis for eligibility and quality control, and is, therefore, preliminary at this time.

DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION