# EXHIBIT A

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** *Peloton Interactive Securities*

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

*3.4.2024 – Investor's Business Weekly*
*3.6.2024 – Globe Newswire*

**X** *Kathleen Komraus*
        **(Signature)**

 Media & Design Manager
        **(Title)**

# MUTUAL FUND PERFORMANCE

*[Mutual fund performance tables — dense multi-column listings of fund names with 36-Mo Performance Rating, YTD % Chg, 12Wk % Chg, 5 Yr % After Tax Rtn, Net Asset Value, and NAV Chg columns, organized alphabetically by fund family.]*

---

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

IN RE PELOTON INTERACTIVE, INC. SECURITIES LITIGATION

Case No. 1:21-cv-02369-CBA-PK

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**To:** All Persons who purchased or otherwise acquired Peloton Interactive, Inc.'s ("Peloton") securities between September 11, 2020 and May 5, 2021, inclusive, and who suffered damages thereby ("Settlement Class").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that Richard Neswick, Lead Plaintiff in the Action ("Lead Plaintiff"), on behalf of himself and all members of the Settlement Class and Defendants Peloton Interactive, Inc. ("Peloton"), and John Foley, Jill Woodworth, Hisao Kushi, and Brad Olson (the "Individual Defendants," and with Peloton, the "Defendants," and collectively with Plaintiffs, the "Parties"), have reached a proposed settlement of the claims in the Action in the amount of $13,950,000 (the "Settlement").

A hearing will be held before Magistrate Judge Peggy Kuo, on June 20, 2024, at 10:00 a.m. in Courtroom 11C South of the United States District Court for the Eastern District of New York, at the Theodore Roosevelt Court House, 225 Cadman Plaza East, Brooklyn, NY 11201 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated April 17, 2023; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it telephonically, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** You may obtain copies of the Notice and Proof of Claim form by visiting the website of the Claims Administrator, www.PelotonSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*In re Peloton Interactive, Inc. Securities Litigation*
Epiq Systems, Inc.
PO Box 2915
Portland, OR 97208-2915
Info@PelotonSecuritiesSettlement.com

Inquiries, other than requests for Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

James M. Wilson, Jr.
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted electronically no later than May 21, 2024.* If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than May 29, 2024.* If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than May 30, 2024.*

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: March 4, 2024

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



# Investing just got easier.

**With Leaderboard, IBD® experts pick the best stocks and map out optimal buy points. You trade and watch your money grow.**

Our team of CAN SLIM® experts has decades of experience trading top growth stocks and a track record of strong outperformance vs. the S&P 500.

Using advanced algorithms and human insight, we highlight the 10-15 top stocks poised for big gains right now. With each stock pick, you get full trading plans including proprietary ratings and exact buy points.

When it's an ideal time to buy or sell, Leaderboard sends an instant alert to your phone, desktop, or tablet so you never have to miss a big trade.

Try 4 weeks for **only $39** today!

Call **1.800.831.2525** or go to investors.com/LB1




Scan QR code to learn more!

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC. CAN SLIM® is a registered trademark of O'Neil Capital Management Inc.

**Leaderboard** BY INVESTOR'S BUSINESS DAILY

©2024 Investor's Business Daily, LLC. All rights reserved.



**Faruqi & Faruqi, LLP Announces Pendency of Class Actio...**

☰



# Faruqi & Faruqi, LLP Announces Pendency of Class Action Involving Purchasers of Peloton Interactive, Inc. Securities

March 06, 2024 08:00 ET| Source: **Faruqi & Faruqi LLP**     **Follow**

BROOKLYN, N.Y., March 06, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Faruqi & Faruqi, LLP regarding Peloton Interactive, Inc. Securities Litigation.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PELOTON INTERACTIVE, INC. SECURITIES LITIGATION | Case No. 1:21-cv-02369-CBA-PK<br><br>**SUMMARY NOTICE OF (I) PENDENCY ( PROPOSED SETTLEMENT; (II) SETTLE MOTION FOR ATTORNEYS' FEES AND** |

**To: All Persons who purchased or otherwise acquired Peloton Interactive, Inc.'s ("Peloton") securities between September 11, 2020 and May 5, 2021, inclusive, and who suffered damages thereby ("Settlement Class").**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that Richard Neswick, Lead Plaintiff in the Action ("Lead Plaintiff"), on behalf of himself and all members of the Settlement Class and Defendants Peloton Interactive, Inc. ("Peloton"), and John Foley, Jill Woodworth, Hisao Kushi, and Brad Olson (the "Individual Defendants," and with Peloton, the "Defendants," and collectively with Plaintiffs, the "Parties"), have reached a proposed settlement of the claims in the Action in the amount of $13,950,000 (the "Settlement").

**Share**

f

in

reddit

✉

⊞

**Company Profile**

**Faruqi & Faruqi LLP**

**Industry:** Retail

**Website:** https://www.faruqilaw.com/

**Press Release Actions**

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

States District Court for the Eastern District of New York, at the Theodore Roosevelt Court House, 225 Cadman Plaza East, Brooklyn, NY 11201 (the "Settlement Hearing") to, among other things, determine whether the Court should: (i) approve the proposed Settlement as fair, reasonable, and adequate; (ii) dismiss the Action with prejudice as provided in the Stipulation and Agreement of Settlement, dated April 17, 2023; (iii) approve the proposed Plan of Allocation for distribution of the settlement funds available for distribution to Settlement Class Members (the "Net Settlement Fund"); and (iv) approve Lead Counsel's Fee and Expense Application. The Court may change the date of the Settlement Hearing, or hold it telephonically, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** You may obtain copies of the Notice and Proof of Claim form by visiting the website of the Claims Administrator, www.PelotonSecuritiesSettlement.com, or by contacting the Claims Administrator at:

*In re Peloton Interactive, Inc. Securities Litigation*

Epiq Systems, Inc.

PO Box 2915

Portland, OR 97208-2915

Info@PelotonSecuritiesSettlement.com

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

James M. Wilson, Jr.

**FARUQI & FARUQI, LLP**

685 Third Avenue, 26th Floor

New York, NY 10017

Telephone: 212-983-9330

Facsimile: 212-983-9331

Email: jwilson@faruqilaw.com



**Faruqi & Faruqi, LLP Announces Pendency of Class Actio...**

Claim Form *postmarked or submitted electronically no later than May 21, 2024*. If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than May 29, 2024*. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are *received no later than May 30, 2024*.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: March 4, 2024

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

SOURCE: Faruqi & Faruqi, LLP

URL: www.PelotonSecuritiesSettlement.com

# Recommended Reading