# EXHIBIT B

*In re Peloton Interactive, Inc. Securities Litigation*
c/o Epiq Systems, Inc.
PO Box 2915
Portland, OR 97208-2915

**1914**

***COURT-ORDERED LEGAL NOTICE***

**Important Notice about a Securities
Class Action Settlement.**

**You may be entitled to a CASH payment.
This Notice may affect your legal rights.
Please read it carefully.**

In re Peloton Interactive, Inc.
Securities Litigation,
Case No. 1:21-cv-02369-CBA-PK

There has been a proposed Settlement of claims against Peloton Interactive, Inc. ("Peloton") and certain current and former executives of Peloton (collectively, the "Defendants"). The Settlement resolves a lawsuit in which Lead Plaintiff alleges that Defendants disseminated materially false and misleading information to the investing public about Peloton's treadmills, in violation of the federal securities laws. Defendants deny any and all allegations of wrongdoing whatsoever. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Peloton securities between September 11, 2020 and May 5, 2021, inclusive, and been damaged thereby.

Defendants have agreed to cause Peloton to pay a Settlement Amount of $13,950,000.00. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. For all details of the Settlement, read the Stipulation and full Notice, available at www.PelotonSecuritiesSettlement.com. Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size, and timing of your transactions in Peloton securities. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.10 per damaged share of Peloton common stock before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

To qualify for payment, you must submit a Claim Form. The Claim Form can be found on the website www.PelotonSecuritiesSettlement.com, or will be mailed to you upon request to the Claims Administrator (1-855-518-3039). Claim Forms must be postmarked by May 21, 2024. If you do not want to be legally bound by the Settlement, you must exclude yourself by May 29, 2024, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by May 30, 2024. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on June 20, 2024, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 28% of the Settlement Fund in attorneys' fees, plus actual expenses up to $100,000 for litigating the case and negotiating the Settlement, and reimbursement of Lead Plaintiff's costs and expenses related to his representation of the Settlement Class in an aggregate amount not to exceed $5,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 1-855-518-3039 or visit the website www.PelotonSecuritiesSettlement.com and read the detailed Notice.

AJ8532 v.02