UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE PELOTON INTERACTIVE, INC., SECURITIES LITIGATION. | Case No. 2:21-cv-02369-CBA-PK |
|---|---|

**SUPPLEMENTAL DECLARATION OF MELISSA MEJIA REGARDING (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION**

I, Melissa Mejia, hereby declare and state as follows:

1.      I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

2.      I submit this Declaration to supplement my earlier declaration, the Declaration of Melissa Mejia Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, dated April 23, 2024 (ECF 98) (the "Initial Mailing Declaration"), which provided the Court with information regarding the implementation of the notice plan.

**CONTINUED DISSEMINATION OF THE POSTCARD NOTICE**

3.      Since the execution of my Initial Mailing Declaration, Epiq has continued to disseminate copies of the Postcard Notice in response to additional requests from potential Class Members and nominees.  Through June 10, 2024, Epiq has mailed a total of 301,601 Postcard Notices to potential Class Members and nominees.

4.      Of the Postcard Notices mailed, Epiq received 14,638 Postcard Notices returned as undeliverable from the U.S. Postal Service.  Epiq was able to obtain updated addresses for 2,549

SUPPLEMENTAL DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

of the Postcard Notices.  Epiq re-mailed those 2,549 Postcard Notices via first-class mail.  A total of 12,089 Postcard Notices remain undeliverable.

5.      Epiq received a request from Broadridge, a nominee filer, to email potential class members a copy of the Postcard Notice to e-mail addresses for the 382,662 shareholders included in their database.  Epiq approved this request for email notice after consultation with Lead Counsel.

6.      Additionally, Epiq has mailed 161 copies of the traditional Notice Packet consisting of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses and the Proof of Claim Form where requested.

## CALL CENTER AND WEBSITE

7.      Epiq continues to maintain the toll-free telephone number (1-855-518-3039) and interactive voice response system to accommodate any inquiries from potential Class Members with questions about the Action and the Settlement.  As of the date of this Declaration, 833 callers have called the toll-free number.

8.      Epiq continues to maintain a website dedicated to the Settlement ([www.PelotonSecuritiesSettlement](www.PelotonSecuritiesSettlement).com) and an email address (info@PelotonSecuritiesSettlement.com) in order to assist Class Members.  The website includes information regarding the Action and the proposed Settlement, including exclusion, objection, and claim filing deadlines, and the date, time and location of the Court's Settlement Hearing.  The website has been visited 23,441 times as of June 10, 2024.

9.      Epiq will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

SUPPLEMENTAL DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

10.     The Notice, Settlement Website, and Summary Notice all inform potential Settlement Class Members that requests for exclusion from the Settlement Class must be mailed or submitted via e-mail, so that they are received no later than May 29, 2024.  Epiq has monitored all mail that has been delivered to this Post Office Box. As of the date of this Declaration, Epiq has received 6 requests for exclusion.

11.     The Postcard Notice informed potential Class Members that objections to the proposed settlement were to be submitted to the Court, so as to be delivered by hand or sent by mail, so that it they are received no later than May 30, 2024. Although not required to be sent to Epiq, in the course of our settlement administration work, Epiq sometimes also receives copies of objections from Class Members.  For the sake of completeness here, I note that as of the date of this Declaration, Epiq has received no objections.

<u>**UPDATE ON CLAIM SUBMISSIONS**</u>

12.     To date, Epiq has received 26,036 Claims submissions.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on June 10, 2024, in New York, NY.

_Melissa Mejia_
Melissa Mejia
Senior Project Manager
Epiq Class Action & Claims Solutions, Inc. ("Epiq")

SUPPLEMENTAL DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION