**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PELOTON INTERACTIVE, INC. SECURITIES LITIGATION | Case No. 1:21-cv-02369-CBA-PK<br><br>CLASS ACTION |

**DECLARATION OF JAMES M. WILSON, JR. IN FURTHER SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AN AWARD TO LEAD PLAINTIFF**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in further support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and an Award to Lead Plaintiff.  I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibit A is a true and correct copy of the exclusion request submitted by Veronica Davis, with account and address information redacted.

3.      Attached as Exhibit B is a true and correct copy of the exclusion request submitted by Kent Yukumoto, with account, address, and information about non-Peloton securities removed and/or redacted.

4.      Attached as Exhibit C is a true and correct copy of the exclusion request submitted by Ana Vitrano, with account, address, and information about non-Peloton securities redacted.

5.      Attached as Exhibit D is a true and correct copy of the exclusion request submitted by Jenny Wu and Mitchell Lazris, with account and address information redacted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of June 2024.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1