# EXHIBIT A

# Peloton Interactive_Exclusion Request No. 3

████████████████

**From:** ████████████████
**Sent:** Wednesday, May 8, 2024 11:59 PM
**To:** info_PelotonSecuritiesSettlement
**Subject:** In re Peloton Interactive, Inc. Securities Litigation, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.)
**Attachments:** TradeConfirmation04202021_PTON.pdf; TradeConfirmation04212021_PTON.pdf; TradeConfirmation05052021_PTON.pdf; TradeConfirmation07212021_PTON.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

You don't often get email from ████████████████    Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

To Whom It May Concern,

I am requesting to be excluded from the Settlement Class and do not wish to participate in the settlement in In re Peloton Interactive, Inc. Securities Litigation, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.).

Peloton shares purchased and sold during the applicable periods were:

| Action | Symbol | Date | Number | Dollar Amount |
|--------|--------|------|--------|---------------|
| Bought | PTON | 4/20/2021 | 10 | $105.00 |
| Bought | PTON | 4/21/2021 | 2 | $100.00 |
| Bought | PTON | 4/21/2021 | 1 | $100.00 |
| Bought | PTON | 5/5/2021 | 1 | $82.00 |
| Sold | PTON | 7/21/2021 | -15 | $127.00 |

Trade confirmations from my broker are attached for the above transactions.

Regards,
*Veronica Davis*
Veronica Davis

████████████████

1

**Transaction Confirmation**
**Confirm Date: April 20, 2021**

Page 3 of 3

Brokerage Account Number

███████████████████

**VERONICA  DAVIS**

███████████████████████████████████████████████████████████

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21110-1GRDLZ | 2* | L## | 04-20-21 | 04-22-21 | 70614W100 | 21110-JTKVP | | |

You Bought

       10

   at   105.0000

Symbol:
PTON

**DESCRIPTION and DISCLOSURES**
PELOTON INTERACTIVE INC CL A COM
WE HAVE ACTED AS AGENT.

Principal Amount    1,050.00
Settlement Amount  1,050.00

███████████████████████████████████████████████████████████

███  ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



**Transaction Confirmation**
**Confirm Date: April 21, 2021**

Brokerage Account Number

**VERONICA  DAVIS**

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

VERONICA DAVIS

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21111-1DQTCW | 2* | L## | 04-21-21 | 04-23-21 | 70614W100 | 21111-B86GM | | |

You Bought
at  100.0000
       1
Symbol:
PTON

DESCRIPTION and DISCLOSURES
PELOTON INTERACTIVE INC CL A COM
WE HAVE ACTED AS AGENT.

Principal Amount        100.00
Settlement Amount       100.00

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21111-1DW9JJ | 2* | L## | 04-21-21 | 04-23-21 | 70614W100 | 21111-G072H | | |

You Bought
at  100.0000
       2
Symbol:
PTON

DESCRIPTION and DISCLOSURES
PELOTON INTERACTIVE INC CL A COM
WE HAVE ACTED AS AGENT.

Principal Amount        200.00
Settlement Amount       200.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VERONICA DAVIS

If you are eligible to make a deposit, please use this form for investments in your brokerage account ▮▮▮▮▮ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

**Transaction Confirmation**
**Confirm Date: May 5, 2021**

Page 2 of 2

Brokerage Account Number

**VERONICA  DAVIS**

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21125-1GJJ1N | 2* | WQ# | 05-05-21 | 05-07-21 | 70614W100 | 21125-H3M8P | | |

You Bought
                          1
       at          82.0000
Symbol:
PTON

DESCRIPTION and DISCLOSURES
PELOTON INTERACTIVE INC CL A COM
WE HAVE ACTED AS AGENT.

Principal  Amount        82.00
Settlement  Amount       82.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**REMITTANCE COUPON**



**Transaction Confirmation**
**Confirm Date: July 21, 2021**

Page 1 of 1

Brokerage Account Number

**VERONICA  DAVIS**

| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

VERONICA DAVIS

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| 21202-NX10SE | 2* | L## | 07-21-21 | 07-23-21 | 70614W100 | 21202-BOP3T | | |

DESCRIPTION and DISCLOSURES

You Sold

at 15 127.0000

Symbol:
PTON

PELOTON INTERACTIVE INC CL A COM
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

| Principal Amount | 1,905.00 |
| Activity Assessment Fee | 0.01 |
| Settlement Amount | 1,904.99 |

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VERONICA DAVIS

If you are eligible to make a deposit, please use this form for investments in your brokerage account ▮▮▮▮ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm.  If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above.  Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

FIDELITY INVESTMENTS
PO BOX 770001
CINCINNATI OH  45277-0003

FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC