# EXHIBIT B

# Peloton Interactive_Exclusion Request No. 4

## Clarkson, Arlene

| | |
|---|---|
| **From:** | Kent Yukumoto ██████████████ |
| **Sent:** | Wednesday, May 22, 2024 5:26 PM |
| **To:** | info_PelotonSecuritiesSettlement |
| **Subject:** | Yukumoto, K. - Exclusion in In re Peloton Interactive, Inc. Securities Litigation, No. 1:21-cv-02369-CBA-PK |
| **Attachments:** | BUY PTON 20211002.pdf; SELL PTON 20211011.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from ████████████████. Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Hello To Whom This May Concern,

I wish to be **excluded** from the Settlement Class and do not wish to participate in the settlement in *In re Peloton Interactive, Inc. Securities Litigation*, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.).

Please see below buy/sell matrix and attached TD Ameritrade account statements.

| Date | Buy/Sell | Quantity | Cost |
|---|---|---|---|
| 02/10/21 | Buy | 150 | 20,825.00 |
| 11/08/21 | Sell | 150 | 7,627.50 |

Please confirm receipt of this.

Sincerely,
Kent Yukumoto
███████████

1



Statement Reporting Period:
02/01/21 - 02/28/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮
KENT YUKUMOTO

**Statement for Account** █████████
02/01/21 - 02/28/21



## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| ██████ | ███ | ██ | ██ | ███ | ███ | ███ | ██ | ███ | █ | █ |
| ████ | ██ | ██ | ██ | ███ | ███ | ██ | ██ | ███ | █ | █ |
| ███ | ██ | ██ | ██ | ███ | ███ | ██ | ██ | ██ | ██ | ██ |
| PELOTON INTERACTIVE INC COM CL A | PTON | 150 | 120.47 | 18,070.50 | 02/10/21 | 20,825.00 | 138.83 | (2,754.50) | - | - |
| ███ | | | | ███ | ███ | | | ██ | ██ | ██ |
| ████ | | | | ███ | ███ | | | ██ | ██ | ██ |

**Statement for Account** ▮▮▮▮▮▮▮▮▮
02/01/21 - 02/28/21



## Online Cash Services Transaction Detail

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 02/04/21 | 02/05/21 | Margin | Sell - Securities Sold | PELOTON INTERACTIVE INC PTON Feb 05 21 145.0 P  TO OPEN Commission/Fee 0.65 Regulatory Fee 0.01 | - | 1- | 2.16 | 215.34 | 215.34 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 02/08/21 | 02/08/21 | Margin | Received - Other | PELOTON INTERACTIVE INC PTON Feb 05 21 145.0 P EXPIRATION | - | 1 | 0.00 | - | 14,500.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

**Statement for Accoun**█████
02/01/21 - 02/28/21

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ███ | ███ |
| 02/10/21 | 02/12/21 | Margin | Buy - Securities Purchased | PELOTON INTERACTIVE INC COM CL A | PTON | 25 | 145.00 | (3,625.00) | 3,548.60 |
| 02/10/21 | 02/12/21 | Margin | Buy - Securities Purchased | PELOTON INTERACTIVE INC COM CL A | PTON | 25 | 145.00 | (3,625.00) | (76.40) |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ███ | ██ |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ███ | ██ |
| 02/16/21 | 02/18/21 | Margin | Buy - Securities Purchased | PELOTON INTERACTIVE INC COM CL A | PTON | 50 | 146.00 | (7,300.00) | (5,211.60) |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ███ | ██ |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ██ | ██ |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ██ | ██ |
| ███ | ███ | ███ | ███ | ███ | ██ | █ | ██ | ███ | ██ |
| ███ | ███ | ███ | ███ | ███ | ██ | █ | ██ | ███ | ██ |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ███ | ██ |
| 02/22/21 | 02/24/21 | Margin | Buy - Securities Purchased | PELOTON INTERACTIVE INC COM CL A | PTON | 50 | 125.50 | (6,275.00) | (6,275.00) |
| ███ | ███ | ███ | ███ | ███ | ██ | █ | ██ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | █ | █ | ██ | ███ | ███ |

**Statement for Account** ███████████

11/01/21 - 11/30/21



| Online Cash Services Summary | | |
|---|---|---|

| Income Summary Detail* | | |
|---|---|---|

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

| Online Cash Services Transaction Detail | | | |
|---|---|---|---|
| **Category** | **Transaction Date** | **Description** | **Amount** |
| **DEBITS** | | | |

| Account Activity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity\*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| **Opening Balance** | | | | | | | | | **($33,136.21)** |
| 11/08/21 | 11/10/21 | Margin | Sell - Securities Sold | PELOTON INTERACTIVE INC COM CL A | PTON | 6- | $ 50.86 | $ 305.16 | (32,831.05) |
| 11/08/21 | 11/10/21 | Margin | Sell - Securities Sold | PELOTON INTERACTIVE INC COM CL A Regulatory Fee 0.06 | PTON | 144- | 50.85 | 7,322.34 | (25,508.71) |

**page 2 of 4**