# EXHIBIT C

# Peloton Interactive_Exclusion Request No. 5

## Mejia, Melissa

| | |
|---|---|
| **From:** | Ana Vitrano ████████████████████ |
| **Sent:** | Monday, May 27, 2024 4:47 PM |
| **To:** | info_PelotonSecuritiesSettlement |
| **Subject:** | Exclusion Request re: Peloton Interactive, Inc. Securities Litigation |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from ███████████████. Learn why this is important

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

As instructed, this serves as my request to be excluded from the Settlement Class and do not wish to participate in the settlement In re Peloton Interactive, Inc. Securities Litigation, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.).

As instructed on the pelotonsecuritiessettlement.com website, I am submitting the following information:


**Part A -**

Name: Ana H Vitrano
Address: ████████████████████████████
Phone number: ██████████████

Signed:




**Part B -**

Date, number, and dollar amount of all purchases or acquisitions of Peloton securities between September 11, 2020 and May 5, 2021, inclusive:

1

- Nov. 18, 2020 purchased 1,500 shares @ $98.75 per share
- Feb. 19, 2021 purchased 2,000 shares @ $135.50 per share
- Feb. 24, 2021 purchased 2,000 shares @ $130.50 per share

## Part C -

Date, number, and dollar amount of Peloton shares sold between May 5, 2021 and August 2, 2021, inclusive:

- None

**In addition, Broker verifications from Fidelity Investments are attached.**



**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
November 1, 2020 - November 30, 2020

### Activity

Account #
ANA HERNANDEZ VITRANO

#### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/18 | PELOTON INTERACTIVE INC CL A COM | 70614W100 | You Bought | 1,500.000 | 98.75000 | | - | -148,125.00 |
| | Total Securities Bought | | | | | - | - | |
| | Total Securities Sold | | | | | | | |
| | Net Securities Bought & Sold | | | | | | | |

**Fidelity** INVESTMENTS | FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
February 1, 2021 - February 28, 2021

### Activity

Account #
ANA HERNANDEZ VITRANO -

#### Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 02/19 | PELOTON INTERACTIVE INC CL A COM | 70614W100 | You Bought | 2,000.000 | $135.50000 | - | -$271,000.00 |
| 02/24 | PELOTON INTERACTIVE INC CL A COM | 70614W100 | You Bought | 2,000.000 | 130.50000 | - | -261,000.00 |
| | Total Securities Bought | | | | | - | -$532,000.00 |
| | Net Securities Bought & Sold | | | | | - | -$532,000.00 |

2