# EXHIBIT D

Peloton Interactive_Exclusion Request No. 6

5/28/2024

To whom it may concern,
We did not receive the postcard notice of the class action until 5/13/2024. Aside from the lack of reasonable notice, this email provides notification of our request to be excluded from the Settlement Class and we do not wish to participate in the settlement in *In re Peloton Interactive, Inc. Securities Litigation*, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.).

Here is the required information which is also listed in the attachment with our signatures:
1. Name, address, phone number;
Jenny Wu and Mitchell Lazris



2. the date, number, and dollar amount of all purchases or acquisitions of Peloton securities between September 11, 2020 and May 5, 2021, inclusive:
10/26/2020 - 50 shares - $5,925.00
10/29/2020 - 50 shares - $5,782.00
11/02/2020 - 50 shares - $5,657.50

3. the date, number, and dollar amount of Peloton shares we sold between May 5, 2021 and August 2, 2021, inclusive:
12/14/2020 - 25 shares - sale amount $3,088.06
12/14/2020 - 50 shares - sale amount $5,999.87
4/08/2021 - 25 shares- sale amount $3,054.98
4/08/2021 - 50 shares - sale amount $6,109.97

Attached is verification from our broker including copies of trade confirmations, account statements, and transaction histories. (6 pages)

Jenny Wu

Mitchell Lazris

**AS-IS**

*Document Control*

P.O. Box 2044
Lakewood, NJ 08701

# MERRILL
## A BANK OF AMERICA COMPANY

**Merrill**
**Office Serving Your Account**
Merrill Edge
(877) 653-4732

JENNY WU AND
MITCHELL LAZRIS JTWROS

JENNY WU
MITCHELL LAZRIS

Account Number:

# TRADE CONFIRMATION
Date: October 26, 2020

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT   PELOTON INTERACTIVE INC CL A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Quantity* | 50 | *Price* | 118.500000 | *Amount* | 5925.00 | *Trade Date* | 10/26/20 | |
| *Processing Fee* | | | | | | *Settle Date* | 10/28/20 | |
| *Transaction Fee* | | | | | | *Symbol* | PTON | |
| *Accrued Interest/Dividends* | | | | | | *Security #* | 585E2 | |
| | | | | | | *Cusip #* | 70614W100 | |
| NET AMOUNT | | | | | 5925.00 | *FA #* | 1001 | |

ORDERS MAY BE ROUTED TO A MERRILL LYNCH AFFILIATE WHO MAY   EXECUTE SUCH ORDERS
AS PRINCIPAL OR AGENT OR ROUTE ORDERS TO   OTHER MARKET CENTERS FOR EXECUTION.
EXECUTED 100% AGENCY. CLIENT ENTERED.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

**Payment for securities or other investment instruments purchased, and delivery of securities or other investments instruments sold,
are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income
tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill
Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move,
notify the Merrill Lynch Office Serving Your Account.**

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment
products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp).
MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number:                              Date: **10/26/2020**                    Page 1 of 2

P.O. Box 2044
Lakewood, NJ 08701



**MERRILL**
A BANK OF AMERICA COMPANY





JENNY WU
MITCHELL LAZRIS

**Merrill**
**Office Serving Your Account**
Merrill Edge
(877) 653-4732

JENNY WU AND
MITCHELL LAZRIS JTWROS

Account Number: ▮▮▮▮▮▮

# TRADE CONFIRMATION

Date: October 29, 2020

*We confirm the following transaction(s) subject to the agreement below.*

**BOUGHT**  *PELOTON INTERACTIVE INC CL A*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | 50 | Price | 115.639900 | Amount | 5782.00 | Trade Date | 10/29/20 |
| Processing Fee | | | | | | Settle Date | 11/02/20 |
| Transaction Fee | | | | | | Symbol | PTON |
| Accrued Interest/Dividends | | | | | | Security # | 585E2 |
| | | | | | | Cusip # | 70614W100 |
| NET AMOUNT | | | | | 5782.00 | FA # | 1001 |

ORDERS MAY BE ROUTED TO A MERRILL LYNCH AFFILIATE WHO MAY  EXECUTE SUCH ORDERS
AS PRINCIPAL OR AGENT OR ROUTE ORDERS TO  OTHER MARKET CENTERS FOR EXECUTION.
EXECUTED 100% AGENCY. CLIENT ENTERED.  ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

**Payment for securities or other investment instruments purchased, and delivery of securities or other investments instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify the Merrill Lynch Office Serving Your Account.**

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number: ▮▮▮▮▮▮         Date: **10/29/2020**         Page 1 of 2

P.O. Box 2044
Lakewood, NJ 08701

# MERRILL
## A BANK OF AMERICA COMPANY

**Merrill**
**Office Serving Your Account**
Merrill Edge
(877) 653-4732

JENNY WU AND
MITCHELL LAZRIS JTWROS



JENNY WU
MITCHELL LAZRIS

Account Number:

# TRADE CONFIRMATION

Date: November 02, 2020

We confirm the following transaction(s) subject to the agreement below.

*Redacted – Not relevant*

**BOUGHT    PELOTON INTERACTIVE INC CL A**

| Quantity | 50 | Price | 113.150000 | Amount | 5657.50 | Trade Date | 11/02/20 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 11/04/20 |
| Transaction Fee | | | | | | Symbol | PTON |
| Accrued Interest/Dividends | | | | | | Security # | 585E2 |
| | | | | | | Cusip # | 70614W100 |
| NET AMOUNT | | | | | 5657.50 | FA # | 1001 |

ORDERS MAY BE ROUTED TO A MERRILL LYNCH AFFILIATE WHO MAY   EXECUTE SUCH ORDERS
AS PRINCIPAL OR AGENT OR ROUTE ORDERS TO   OTHER MARKET CENTERS FOR EXECUTION.
EXECUTED 100% AGENCY. CLIENT ENTERED.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number:                                    Date: **11/02/2020**                    Page 1 of 3

P.O. Box 2044
Lakewood, NJ 08701




# MERRILL
## A BANK OF AMERICA COMPANY

**Merrill**
**Office Serving Your Account**
Merrill Edge
(877) 653-4732

JENNY WU AND
MITCHELL LAZRIS JTWROS

JENNY WU
MITCHELL LAZRIS

Account Number: ▮▮▮▮▮▮

# TRADE CONFIRMATION          Date: December 14, 2020

We confirm the following transaction(s) subject to the agreement below.

**SOLD**    **PELOTON INTERACTIVE INC CL A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantity | 50 | Price | 120.000000 | Amount | | 6000.00 | Trade Date | 12/14/20 |
| Processing Fee | | | | | | | Settle Date | 12/16/20 |
| Transaction Fee | | | | | | 0.13 | Symbol | PTON |
| Accrued Interest/Dividends | | | | | | | Security # | 585E2 |
| | | | | | | | Cusip # | 70614W100 |
| NET AMOUNT | | | | | | 5999.87 | FA # | 1001 |

ORDERS MAY BE ROUTED TO A MERRILL LYNCH AFFILIATE WHO MAY   EXECUTE SUCH ORDERS
AS PRINCIPAL OR AGENT OR ROUTE ORDERS TO   OTHER MARKET CENTERS FOR EXECUTION.
EXECUTED 100% AGENCY. CLIENT ENTERED.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment
products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp).
MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

Note: CDs are FDIC-insured (subject to applicable limits).

Account Number: ▮▮▮▮▮▮          Date: **12/14/2020**          Page 1 of 3

# MERRILL
## A BANK OF AMERICA COMPANY

## TRADE DETAILS (continued)

**SOLD**    **PELOTON INTERACTIVE INC CL A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | 25 | Price | 123.525000 | Amount | 3088.13 | Trade Date | 12/14/20 |
| Processing Fee | | | | | - | Settle Date | 12/16/20 |
| Transaction Fee | | | | | 0.07 | Symbol | PTON |
| Accrued Interest/Dividends | | | | | | Security # | 585E2 |
| | | | | | | Cusip # | 70614W100 |
| NET AMOUNT | | | | | 3088.06 | FA # | 1001 |

1 of 2

ORDERS MAY BE ROUTED TO A MERRILL LYNCH AFFILIATE WHO MAY   EXECUTE SUCH ORDERS AS PRINCIPAL OR AGENT OR ROUTE ORDERS TO   OTHER MARKET CENTERS FOR EXECUTION. EXECUTED 100% AGENCY. CLIENT ENTERED.   PRICE SHOWN IS AN AVERAGE PRICE. DETAILS REGARDING ACTUAL   PRICES, REMUNERATION AND THE CAPACITY IN WHICH ML ACTED ARE AVAILABLE UPON REQUEST.   ML ACTED AS AGENT.

SEE ABOVE FOR TRANSACTION   DETAILS

Payment for securities or other investment instruments purchased, and delivery of securities or other investments instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify the Merrill Lynch Office Serving Your Account.

Account Number ███████

Date: 12/14/2020

Page 2 of 3



# MERRILL
### A BANK OF AMERICA COMPANY

JENNY WU AND

**Account Number:** ▮▮▮▮▮▮▮

## *YOUR CMA TRANSACTIONS*

April 01, 2021 - April 30, 2021

**SECURITY TRANSACTIONS** (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|

*Redacted - Not relevant*

**Sales**

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| 04/12 ▪ | PELOTON INTERACTIVE INC CL A CUS NO 70614W100 UNIT PRICE 122.2000 | Sale | -75.0000 | 9,165.00 | (.05) | 9,164.95 | |
| | *Subtotal (Sales)* | | | **9,165.00** | **(.05)** | **9,164.95** | |

**TOTAL**

TOTAL SECURITY PURCHASES/(DEBITS)

TOTAL SECURITY SALES/CREDITS

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis | Gains/(Losses) ✪ This Statement | Year to Date |
|---|---|---|---|---|---|---|---|
| PELOTON INTERACTIVE INC | 25.0000 | 10/29/20 | 04/08/21 | 3,054.98 | 2,891.00 | 163.98 | |
| PELOTON INTERACTIVE INC | 50.0000 | 11/02/20 | 04/08/21 | 6,109.97 | 5,657.50 | 452.47 | |
| *Subtotal (Short-Term)* | | | | | | 616.45 | (63.49) |
| **TOTAL** | | | | **9,164.95** | **8,548.50** | **616.45** | **(63.49)** |

✪ - Excludes transactions for which we have insufficient data

+



| | |
|---|---|
| **From:** | Jenny Wu ◀ █████████████████ |
| **Sent:** | Tuesday, May 28, 2024 4:25 PM |
| **To:** | info_PelotonSecuritiesSettlement |
| **Subject:** | Exclusion from settlement class |
| **Attachments:** | Notice of exclusion from class.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from ████████████    <u>Learn why this is important</u>

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

To whom it may concern,

We did not receive the postcard notice of the class action until 5/13/2024. Aside from the lack of reasonable notice, this email provides notification of our request to be excluded from the Settlement Class and we do not wish to participate in the settlement in *In re Peloton Interactive, Inc. Securities Litigation*, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.).

Here is the required information which is also listed in the attachment with our signatures:
1. Name, address, phone number;

█████████████████████████

2. the date, number, and dollar amount of all our purchases or acquisitions of Peloton securities between September 11, 2020 and May 5, 2021, inclusive:
10/26/2020 - 50 shares - $5,925.00
10/29/2020 - 50 shares - $5,782.00
11/02/2020- 50 shares - $5,657.50

3. the date, number, and dollar amount of Peloton shares we sold between May 5, 2021 and August 2, 2021, inclusive:
12/14/2020 - 25 shares - sale amount $3,088.06
12/14/2020 - 50 shares - sale amount $5,999.87
4/08/2021 - 25 shares- sale amount $3,054.98
4/08/2021 - 50 shares - sale amount $6,109.97

Attached is verification from our broker including copies of trade confirmations, account statements, and/or transaction histories.


/s/ Jenny Wu
/s/ Mitchell Lazris

2