UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PELOTON INTERACTIVE, INC., SECURITIES LITIGATION. | Case No. 2:21-cv-02369-CBA-PK |

**SUPPLEMENTAL DECLARATION OF MELISSA MEJIA REGARDING TIMELY CLAIMS**

I, Melissa Mejia, hereby declare and state as follows:

1.      I am a Senior Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq").  The statements of fact in this declaration are based on my personal knowledge and information provided to me by my colleagues in the ordinary course of business, and if called on to do so, I could and would testify competently thereto.

2.      I submit this Declaration as a supplement to my earlier declarations, the Declaration of Melissa Mejia, Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, dated April 23, 2024, (ECF 98) (the "Initial Mailing Declaration"), and the Supplemental Declaration of Melissa Mejia Regarding (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion, dated June 10, 2024, (ECF 99) (the "Supplemental Declaration").

3.      The Postcard Notice informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to Epiq, either online, mail, or email so that is postmarked or received by May 21, 2024.  As of June 26, 2024, Epiq has received 150,082 Claims, 149,480 of these Claims are timely.

4.      These Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under Epiq's standard claims-processing procedures, which

SUPPLEMENTAL DECLARATION OF MEJIA REGARDING NOTICE AND REQUESTS FOR EXCLUSION

will identify any deficiencies in the Claims received.  Epiq will then communicate with Claimants with deficient, but correctable, Claims to advise them of the defect in their claim and how they can cure that defect to bring the Claim into compliance.  Thus, Epiq is unable to report on the number of valid Claims submitted at this time.

5.      Epiq has not received any additional exclusion requests since the filing of my Supplemental Declaration.

6.      As of the date of this Declaration, Epiq is not aware of and has not received any written objections to the proposed Settlement.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct, and that this declaration was executed on June 27, 2024, in New York, NY.

_Melissa Mejia_
Melissa Mejia
Senior Project Manager
Epiq Class Action & Claims Solutions, Inc. ("Epiq")