**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PELOTON INTERACTIVE, INC., SECURITIES LITIGATION | Case No. 1:21-cv-02369(CBA)(PK)<br><br>CLASS ACTION |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR**
**DISTRIBUTION OF THE NET SETTLEMENT FUND**

PLEASE TAKE NOTICE that Lead Plaintiff Richard Neswick ("Plaintiff"), on behalf of himself and the putative Settlement Class,[1] respectfully moves this Court for an Order: (a) approving the administrative recommendations of Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Court-approved Claims Administrator; (b) authorizing distribution of the Net Settlement Fund to Authorized Claimants whose claims have been accepted pursuant to Epiq's proposed distribution plan; (c) authorizing Epiq's distribution plan; (d) authorizing payment of Epiq's fees and expenses incurred and to be incurred in the administration of the settlement; and (e) granting the release of claims related to the administration or taxation of the Settlement Fund.

Pursuant to the Stipulation, Defendants Peloton Interactive, Inc., John Foley, Jill Woodworth, Hisao Kushi, and Brad Olson have no interest in the relief sought by this motion. *See* Stipulation ¶16 ("The Settlement is not a claims-made settlement.").

This motion is based upon the accompanying Memorandum of Law in Support of the Motion for Distribution of the Net Settlement Fund; the Declaration of Melissa Mejia in Support of Lead Plaintiff's Motion for Distribution of the Net Settlement Fund, and all related exhibits;

---

[1] Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation and Agreement of Settlement dated April 17, 2023 ("Stipulation"), filed on April 17, 2023. *See* ECF No. 80.

1

the pleadings and records on file, and other such matters and argument as the Court may

consider.

Dated: April 25, 2025                                Respectfully submitted,

                                                     **FARUQI & FARUQI, LLP**

                                                     By:    */s/ James M. Wilson, Jr.*
                                                            James M. Wilson, Jr.

                                                     James M. Wilson, Jr.
                                                     **FARUQI & FARUQI, LLP**
                                                     685 Third Avenue, 26th Floor
                                                     New York, NY 10017
                                                     Telephone: 212-983-9330
                                                     Facsimile: 212-983-9331
                                                     Email:   jwilson@faruqilaw.com


                                                     *Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*