# EXHIBIT B

*Peloton Interactive, Inc. Securities Litigation*
Claims Administrator
P.O. Box 2915
Portland, OR 97208-2915

Website:    www.PelotonSecuritiesSettlement.com
Email:    Info@PelotonSecuritiesSettlement.com
Phone:    1-855-518-3039

*400649710003068221*
000 0000001 00000000 0001 0002 00029 INS:

Claim Number: ▉▉▉▉▉▉▉

Response Deadline: **January 27, 2025**

January 7, 2025

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Peloton Interactive, Inc. Securities Litigation. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that the condition(s) remain(s) uncured. PLEASE NOTE: <u>This is the only notice you will receive with respect to this Claim. If you would like an update about the status of your Claim after you respond, please contact us using the information set forth above.</u>**

**<u>Ineligibility Condition:</u>** No Recognized Loss Amount.

In accordance with the Plan of Allocation set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Settlement. *Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount* under the Plan of Allocation. Unless you had additional transactions in Peloton securities during the Class Period (i.e., the period between September 11, 2020 – May 5, 2021, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**<u>How to Resolve:</u>** You can resolve this condition of ineligibility by submitting additional transactions in Peloton securities during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation in order for you to be eligible to receive a distribution.

AK7301 v.07



To resolve the condition(s) listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to be included in the list of eligible Claims. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.PelotonSecuritiesSettlement.com.

Sincerely,

*Peloton Securities Settlement*
Claims Administrator

AK7302 v.07