# EXHIBIT C

# Disputing Claimant No. 1



# ś broker

## Wertpapierabrechnung

Kauf
Kommissionsgeschäft

Herrn
Andreas Schaal
Frau Hermine Schaal

Depot-Nr.                    Abrechnungs-Nr.

Depotinhaber
**Hermine Schaal oder Andreas Schaal**

Wiesbaden, 22.04.2021

**Wir haben für Sie gekauft**

| Gattungsbezeichnung | ISIN |
|---|---|
| **Peloton Interactive Inc. Registered Shares A DL-,000025** | **US70614W1009** |

| Nominal | Kurs |
|---|---|
| **STK 60,000** | **EUR 83,6700** |

| Handelstag | **22.04.2021** | Kurswert | EUR | 5.020,20- |
|---|---|---|---|---|
| Handelszeit | **08:03** | Orderentgelt | EUR | 19,02- |
| Handelsplatz | **Düsseldorf** | Fremde Spesen | EUR | 2,27- |
| Verwahrart | **Girosammelverwahrung** | | | |

| Wert | | Betrag zu Ihren Lasten | |
|---|---|---|---|
| **26.04.2021** | | **EUR** | **5.041,49** |

Fremde Spesen beinhalten ggf. gesetzliche MwSt.
Wir werden in Ihrem Depot wie angegeben buchen.

Mit freundlichen Grüßen
S Broker AG & Co. KG

Dieser Beleg wird maschinell erstellt und daher nicht unterschrieben.

*Peloton Interactive, Inc. Securities Litigation*
Claims Administrator
P.O. Box 2915
Portland, OR 97208-2915

Website:   www.PelotonSecuritiesSettlement.com
Email:     Info@PelotonSecuritiesSettlement.com
Phone:     1-855-518-3039

*400649710003070342*
000 0001073 00000000 0001 0001 00995 INS: 0 0
HERMINE SCHAAL OR
ANDREAS SCHAAL

Claim Number:          800002484

Response Deadline:     **January 27, 2025**

January 7, 2025

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Peloton Interactive, Inc. Securities Litigation. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that the condition(s) remain(s) uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim. If you would like an update about the status of your Claim after you respond, please contact us using the information set forth above.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Plan of Allocation set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Settlement. *Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount* under the Plan of Allocation. Unless you had additional transactions in Peloton securities during the Class Period (i.e., the period between September 11, 2020 – May 5, 2021, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Peloton securities during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation in order for you to be eligible to receive a distribution.

AK7301 v.07

Andreas and Hermine Schaal                                    January 20 , 2025



Peloton Interactive, Inc. Securities Litigation          Claim Number:  800002484
Claims Administrator
P.O. Box 2915
Portland, OR 97208-2915

Dear Claims Administrator,

we bought 60 Peloton shares on April 22, 2021.
This explains the right to judicial review to which we hereby agree.
I have attached all the documents you need.

For further questions, please don't hesitate to get in touch with me.
Thank you in advance.

Best regards,
Andreas and Hermine Schaal





|  | | | Datum | Seite 3 von 3 11.12.2024 |
|--|--|--|--------|---------------------------|
|  | | | Depotnummer | ███████████ |

## Aufstellung über Kundenfinanzinstrumente per 30.09.2024 - korrigierte Fassung

| Nominale | | Wertpapierinformationen | Kurs in Währung pro Stück / % Devisenkurs Kursdatum Handelsplatz | Kurswert in EUR |
|----------|---|-------------------------|------------------------------------------------------------------|-----------------|
| Stück | 60 | PELOTON INTERACTIVE INC. REGISTERED SHARES A DL-,000025 US70614W1009 (A2PR0M) | 4,178 EUR 30.09.2024 Düsseldorf Freiverk. | 250,68 |
| Stück | 217 | █████████████████ | ███████ 30.09.2024 Gettex Freiverkehr | ████ |
| | **15 Posten** | | **Summe Kurswerte** | ████████ |

Bitte beachten Sie die folgenden Hinweise zur Bewertung Ihres Wertpapierbestandes:

- Die Kurse verstehen sich in Prozent, wenn die Bestände nicht auf Stück lauten. Soweit Kursangaben fehlen, handelt es sich entweder um Wertpapiere, für die ein Kurs nicht oder nicht rechtzeitig festgestellt werden konnte oder um nicht notierte Wertpapiere. Eine Gewähr für die Richtigkeit der Kurse können wir nicht übernehmen.

- Der Kurswert lautet in allen Fällen auf Euro. Bei in Fremdwährung angegebenen Kursen wurden - sofern keine festen Devisenkurse anzusetzen sind - die Kurswerte nach dem zum Stichtag zugrunde liegenden Devisenkurs errechnet. Die Devisenkurse beziehen sich auf 1 Euro.

- Für ausländische Werte, die im Inland weder im regulierten Markt noch im Freiverkehr notiert werden, ist grundsätzlich der Kurs der Heimatbörse maßgebend.

Sofern nicht anders angegeben, sind Ihre Wertpapierbestände in Girosammelverwahrung gebucht.

Sofern für in diesem Depotauszug aufgeführte Wertpapiere kein Kurs ermittelt werden konnte, kann dies auf mangelnde Liquidität hindeuten.

Sämtliche in diesem Depotauszug aufgeführten Wertpapiere unterliegen der Richtlinie 2014/65/EU (MiFID II) sowie deren ergänzenden Durchführungsmaßnahmen.

Dieses Dokument wurde maschinell erstellt und wird nicht unterschrieben.

| Postanschrift: | Interessenten-Hotline: | Persönlich haftende Gesellschafterin: | Vorstand: |
|----------------|------------------------|---------------------------------------|-----------|
| S Broker AG & Co. KG | 0611 2044-1912 | S Broker Management AG | Gregor Surges (Sprecher) |
| Kundenservice | Kunden-Hotline: | | Marcus Brinker |
| Postfach 90 01 50 | 0611 2044-1911 | Sitz: Wiesbaden | |



## Wertpapierabrechnung

### Kauf
### Kommissionsgeschäft

**Herrn**
**Andreas Schaal**
**Frau Hermine Schaal**

| Depot-Nr. | Abrechnungs-Nr. |
|---|---|
| ███ | ███ |

Depotinhaber
**Hermine Schaal oder Andreas Schaal**

Wiesbaden, 22.04.2021

### Wir haben für Sie gekauft

| Gattungsbezeichnung | ISIN |
|---|---|
| **Peloton Interactive Inc. Registered Shares A DL-,000025** | **US70614W1009** |

| Nominal | Kurs |
|---|---|
| **STK 60,000** | **EUR 83,6700** |

| | | | | |
|---|---|---|---|---|
| Handelstag | **22.04.2021** | Kurswert | **EUR** | **5.020,20-** |
| Handelszeit | **08:03** | Orderentgelt | **EUR** | **19,02-** |
| Handelsplatz | **Düsseldorf** | Fremde Spesen | **EUR** | **2,27-** |
| Verwahrart | **Girosammelverwahrung** | | | |

| Wert | | Betrag zu Ihren Lasten | |
|---|---|---|---|
| **26.04.2021** | | **EUR** | **5.041,49** |

Fremde Spesen beinhalten ggf. gesetzliche MwSt.
Wir werden in Ihrem Depot wie angegeben buchen.

Mit freundlichen Grüßen
S Broker AG & Co. KG

Dieser Beleg wird maschinell erstellt und daher nicht unterschrieben.



Schaal

Deutsche Post

FI  20.01.25    5,50

F1 011C 78D6
00 450C 02E4

Recommandé

R

9720832915 BOO8

Case 1:21-cv-02369-CBA-PK    Document 110-3    Filed 04/25/25    Page 10 of 78 PageID #: 2145

**Outlook**

## RE: Claim Number: 800002484

**From** info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com>

**Date** Tue 1/21/2025 6:57 PM

**To**

Dear Andreas and Hermine Schaal,

Thank you for your email.

This is to confirm that we have received your updates and submitted them for processing. If you would like to check on the status of your claim going forward, you may check in periodically after you receive this confirmation of receipt. All claims are in process. We thank you for your patience.

Sincerely,

Melissa K.

Peloton Interactive Securities Litigation

Claims Administrator

------------------- Original Message -------------------

**From:**

**Received:** 1/19/2025 10:03 AM

**To:** info@PelotonSecuritiesSettlement.com

**Subject:** Claim Number: 800002484

Dear Claims Administrator,
This message was also sent by post.
Best regards
Andreas and Hermine Schaal

| From: | info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com> |
|---|---|
| Sent: | Monday, March 17, 2025 1:27 PM |
| To: | |
| Subject: | Peloton Securities Settlement Court Review Request |

Dear Claimant,

This email is regarding the following claim:

**800002484 / HERMINE SCHAAL OR ANDREAS SCHAAL**

We have received your request for Court Review for Claim number 800002484. Per the Plan of Allocation, Section 1.c.ii, your claim does not calculate to a Recognized Loss. You purchased 60 shares of Peloton Common Stock on 4/22/2021 for $100.61 per share. For any shares still held at the end of trading on August 2, 2021, the Recognized Loss would be the purchase price minus the average closing price for the Common Stock during the 90-Day Lookback Period, which is $110.40. This would result in a negative number. Pursuant to the Court-approved Plan of Allocation provided in the Notice, "If a Recognized Loss amount is calculated to a negative number, that Recognized Loss shall be set to zero ($0.00)."

**If the explanation above is clear and you no longer request a Court Review of your claim, please respond back and let us know. Claim 800002484 will be denied due to no Recognized Loss.**

Regards,

Sera B.
Peloton Interactive Securities
Claims Administrator

| | |
|---|---|
| **From:** | info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com> |
| **Sent:** | Tuesday, March 18, 2025 2:29 PM |
| **To:** | |
| **Cc:** | info_PelotonSecuritiesSettlement |
| **Subject:** | Peloton Interactive Securities Settlement_ Claim 800002484 |
| **Attachments:** | Peloton Long Form Notice_Final.pdf |

Dear Hermine Schaal,

We have received your request for Court review of your claim. Pursuant to the Court-approved Plan of Allocation (the "Plan"), your claim did not calculate to a Recognized Loss. While you may have incurred a market loss, the settlement provides a methodology for us, the Claims Administrator, to calculate each claim pursuant to the Plan included in the Notice attached to this email.

Our records reflect you purchased 60 eligible shares at $100.608 on April 22, 2021 and held the shares through the 90-day lookback period, August 2, 2021.  The relevant sections of the Plan include:

I.      *For each share of Peloton Common Stock purchased between September 11, 2020 through May 5, 2021, at 9:57 a.m. ET, inclusive,*

c.   *that was still held as of the close of trading on August 2, 2021, the Recognized Loss per share is the lesser of: i. the price inflation on the date of purchase/acquisition as provided in Table 1 above; or ii. the purchase price minus the average closing price for the Common Stock during the 90-Day Lookback Period, which is $110.40.*

*If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero ($0.00).*

Your purchase at $100.608 -$110.40 calculates to a negative number. If this explanation is clear and you no longer wish to request Court review of your claim, please respond back to this email advising that we can withdraw your request.

Regards,
Melissa

Peloton Interactive Securities
Claims Administrator

**People. Partnership. Performance.**
[www.epiqglobal.com](http://www.epiqglobal.com)

1

<span style="background:black;color:black">████████████</span>

| | |
|---|---|
| **From:** | info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com> |
| **Sent:** | Monday, March 24, 2025 3:39 PM |
| **To:** | █ ████████ ████████████ |
| **Cc:** | info_PelotonSecuritiesSettlement |
| **Subject:** | RE: Peloton Interactive Securities Settlement_ Claim 800002484 |
| **Attachments:** | Peloton Long Form Notice_Final.pdf |

Dear Andreas Schaal,

We have received your request for Court review of your claim. Pursuant to the Court-approved Plan of Allocation (the "Plan"), your claim did not calculate to a Recognized Loss. While you may have incurred a market loss, the settlement provides a methodology for us, the Claims Administrator, to calculate each claim pursuant to the Plan included in the Notice attached to this email.

Our records reflect you purchased 60 eligible shares at $100.608 on April 22, 2021 and held the shares through the 90-day lookback period, August 2, 2021.  The relevant sections of the Plan include:

> I.      *For each share of Peloton Common Stock purchased between September 11, 2020 through May 5, 2021, at 9:57 a.m. ET, inclusive,*

> c.      *that was still held as of the close of trading on August 2, 2021, the Recognized Loss per share is the lesser of: i. the price inflation on the date of purchase/acquisition as provided in Table 1 above; or ii. the purchase price minus the average closing price for the Common Stock during the 90-Day Lookback Period, which is $110.40.*

> *If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero ($0.00).*

Your purchase at $100.608 -$110.40 calculates to a negative number. If this explanation is clear and you no longer wish to request Court review of your claim, please respond back to this email advising that we can withdraw your request.

Regards,
Melissa

Peloton Interactive Securities
Claims Administrator

**People. Partnership. Performance.**
[www.epiqglobal.com](www.epiqglobal.com)

---

**From:** info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com>
**Sent:** Tuesday, March 18, 2025 2:29 PM
**To:** █ ████████ ████████████
**Cc:** info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com>
**Subject:** Peloton Interactive Securities Settlement_ Claim 800002484

Dear Hermine Schaal,

We have received your request for Court review of your claim. Pursuant to the Court-approved Plan of Allocation (the "Plan"), your claim did not calculate to a Recognized Loss. While you may have incurred a market loss, the settlement provides a methodology for us, the Claims Administrator, to calculate each claim pursuant to the Plan included in the Notice attached to this email.

Our records reflect you purchased 60 eligible shares at $100.608 on April 22, 2021 and held the shares through the 90-day lookback period, August 2, 2021.  The relevant sections of the Plan include:

I.    *For each share of Peloton Common Stock purchased between September 11, 2020 through May 5, 2021, at 9:57 a.m. ET, inclusive,*

c.    *that was still held as of the close of trading on August 2, 2021, the Recognized Loss per share is the lesser of: i. the price inflation on the date of purchase/acquisition as provided in Table 1 above; or ii. the purchase price minus the average closing price for the Common Stock during the 90-Day Lookback Period, which is $110.40.*

*If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero ($0.00).*

Your purchase at $100.608 -$110.40 calculates to a negative number. If this explanation is clear and you no longer wish to request Court review of your claim, please respond back to this email advising that we can withdraw your request.

Regards,
Melissa

Peloton Interactive Securities
Claims Administrator

**People. Partnership. Performance.**
www.epiqglobal.com

2

| | |
|---|---|
| **From:** | info_PelotonSecuritiesSettlement |
| **Sent:** | Thursday, March 27, 2025 10:22 AM |
| **To:** | |
| **Cc:** | info_PelotonSecuritiesSettlement |
| **Subject:** | Peloton Interactive Securities Settlement_ Claim 800002484 |

Hermine and Andreas Schaal,

We have been attempting to reach you regarding your claim in the Peloton Interactive Securities Settlement. We have received your request for Court review of your claim. Pursuant to the Court-approved Plan of Allocation (the "Plan"), your claim did not calculate to a Recognized Loss. While you may have incurred a market loss, the settlement provides a methodology for us, the Claims Administrator, to calculate each claim pursuant to the Plan included in the Notice.

Our records reflect you purchased 60 eligible shares at $100.608 on April 22, 2021 and held the shares through the 90-day lookback period, August 2, 2021.  The relevant sections of the Plan include:

I.    *For each share of Peloton Common Stock purchased between September 11, 2020 through May 5, 2021, at 9:57 a.m. ET, inclusive,*

c.    *that was still held as of the close of trading on August 2, 2021, the Recognized Loss per share is the lesser of: i. the price inflation on the date of purchase/acquisition as provided in Table 1 above; or ii. the purchase price minus the average closing price for the Common Stock during the 90-Day Lookback Period, which is $110.40.*

*If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero ($0.00).*

Your purchase at $100.608 -$110.40 calculates to a negative number. If this explanation is clear and you no longer wish to request Court review of your claim, please respond back to this email advising that we can withdraw your request.

Regards,
Melissa

Peloton Interactive Securities
Claims Administrator

**People. Partnership. Performance.**
www.epiqglobal.com

1

Disputing Claimant No. 2

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



# Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

Account Number:
Account Solution:
Baird Financial Advisor:
THE ZOLTAK FUNKE GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 12/04/23

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| PTON | 70614W100 | You Sold In your Cash Account | 12/04/23 | 12/06/23 | 200 | $6.51 | $1,302.00 |
| **PELOTON INTERACTIVE INC** | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.02 |
| | | | | | | **Net Amount** | **$1,301.98** |

WE MAKE A MARKET IN THIS SECURITY
AVERAGE PRICE TRANSACTION.   INFORMATION AVAILABLE UPON REQUEST.
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY 200.0 (11/05/21)

Transaction Number: 5648569

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU

REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES



MEMBER
FINRA

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



# Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE
███████████
██████████████

Account Number: ████████████
Account Solution: ██████

Baird Financial Advisor:
THE MOSHINSKI ZOLTAK GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 12/16/21



| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Amount |
|--------|-------|--------|-----------|-------------|----------|-------|--------|

IT IS IMPORTANT TO UNDERSTAND THE DIFFERENCES IN SHARE CLASSES WHEN INVESTING IN MUTUAL FUNDS. CHOOSING THE CORRECT SHARE CLASS BASED ON THE AMOUNT BEING INVESTED AND EXPECTED TIME HORIZON OF THE INVESTMENT CAN RESULT IN REDUCED COSTS OVER TIME WHEN CONSIDERING BREAKPOINT OPPORTUNITIES, RIGHTS OF ACCUMULATION (INCLUDING LETTERS OF INTENT), NAV ELIGIBILITY AND ONGOING EXPENSES. USING PROCEEDS FROM THE SALE OF ONE MUTUAL FUND TO PURCHASE ANOTHER MAY RESULT IN ADDITIONAL SALES CHARGES, SURRENDER CHARGES AND/OR TAX IMPLICATIONS. MANY MUTUAL FUNDS OFFER EXCHANGE PRIVILEGES TO OTHER FUNDS WITHIN THE SAME FUND FAMILY WITH NO ADDITIONAL SALES CHARGE.

FOR MORE INFORMATION ON THIS INVESTMENT, PLEASE REVIEW THE IMPORTANT INFORMATION ABOUT YOUR MUTUAL FUND INVESTMENT DOCUMENT AT WWW.RWBAIRD.COM UNDER THE IMPORTANT PRODUCT DISCLOSURES LINK AT THE BOTTOM OF THE HOME PAGE.

EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
CONFIRM # ████████

Transaction Number: ████████

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|-----------|-------------|----------|-------|--------------|
| PTON | 70614W100 | You Sold In your Cash Account | 12/16/21 | 12/20/21 | 150 | $39.0088 | $5,851.32 |
| **PELOTON INTERACTIVE INC** | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.03 |
| | | | | | | **Net Amount** | **$5,851.29** |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY 150.0 (11/11/20)

Transaction Number: 7826638

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU

REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES

 SIPC

MEMBER
FINRA

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



Account Number: ▮▮▮▮▮▮

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|------------|-------------|----------|-------|--------------|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY 40.0 (03/04/21)

Transaction Number: ▮▮▮▮

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|------------|-------------|----------|-------|--------------|
| ▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY ▮▮▮▮▮▮

Transaction Number: ▮▮▮

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|------------|-------------|----------|-------|--------------|
| ▮▮ | ▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY ▮▮▮

Transaction Number: ▮▮▮

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



Account Number: ▮▮▮▮▮

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|------------|-------------|----------|-------|--------------|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY ▮▮▮▮

Transaction Number: ▮▮▮▮

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com

**BAIRD**

## Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

███████████████████████7

Account Number: ████████████
Account Solution: ████████
Baird Financial Advisor:
THE MOSHINSKI ZOLTAK GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 11/05/21

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|------------|-------------|----------|-------|--------------|
| PTON | 70614W100 | You Bought In your Cash Account | 11/05/21 | 11/09/21 | 200 | $56.2785 | $11,255.70 |
| **PELOTON INTERACTIVE INC** | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.00 |
| | | | | | | **Net Amount** | **$11,255.70** |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION

Transaction Number: 6554679

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU

REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES

 

MEMBER
FINRA

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



# Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

Account Number:

Baird Financial Advisor:
THE MOSHINSKI ZOLTAK GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 11/11/20

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| PTON | 70614W100 | You Bought In your Cash Account | 11/11/20 | 11/13/20 | 150 | $102.5231 | $15,378.47 |
| **PELOTON INTERACTIVE INC** | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.00 |
| | | | | | | **Net Amount** | **$15,378.47** |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION

Transaction Number: 5553076

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU

REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES

  MEMBER FINRA

*Peloton Interactive, Inc. Securities Litigation*
Claims Administrator
P.O. Box 2915
Portland, OR 97208-2915

Website:   www.PelotonSecuritiesSettlement.com
Email:     Info@PelotonSecuritiesSettlement.com
Phone:     1-855-518-3039

*400649710003091900*
000 0000491 00000000 0001 0001 00491 INS: 0 0
JF BOYLE & MD BOYLE REV TR UAD
04/07/08 ADV CHOICE
JAMES F BOYLE & MARGARET D
BOYLE TTEES

Claim Number:        800004992

Response Deadline:   **January 27, 2025**

January 7, 2025

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Peloton Interactive, Inc. Securities Litigation. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that the condition(s) remain(s) uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim. If you would like an update about the status of your Claim after you respond, please contact us using the information set forth above.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Plan of Allocation set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Settlement. *Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount* under the Plan of Allocation. Unless you had additional transactions in Peloton securities during the Class Period (i.e., the period between September 11, 2020 – May 5, 2021, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Peloton securities during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation in order for you to be eligible to receive a distribution.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

AK7301 v.07

There is a discrepancy between the number of shares of Peloton securities you reported on your Claim as purchased, acquired, and/or sold and the number shares held at the beginning of the Class Period (opening of trading on September 11, 2020) and (for common stock shares) at the end of the 90 day look-back period (close of trading on August 2, 2021). For call and put options, your transactions must balance between the opening of trading on September 11, 2020 and May 5, 2021.

**How to Resolve:** You must provide any missing transactions, missing unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, any transactions that relate to the discrepancy will be rejected according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Class Period + All Shares Purchased or Acquired - All Shares Sold or Delivered Unsold Shares as of August 2, 2021. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Quantity | Type of Transaction | Type of Security |
|----------|---------------------|------------------|
| 150.00 | Holding Difference 08/02/2021 | Common Stock |

To resolve the condition(s) listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to be included in the list of eligible Claims. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.PelotonSecuritiesSettlement.com.

Sincerely,

*Peloton Securities Settlement*
Claims Administrator

AK7302 v.07

01/13/2025

Peloton Securities Litigation,

Claim # 800004992

Reply to Notiec of Incomplete Proof of Claim Submissision

1.  Copy of notice included
2.  Request court to review rejection of claim
3.  4 buy sells and calculated loss:
    Bought 150 shares on 11/11/2020 for $15,378
    Sold 150 shares on 12/16/2021 for $5,851
    Loss = $9,527

    Bought 200 shares on 11/5/2021 for $11,256.
    Sold 200 shares on 12/4/2023 for $1,302
    Loss = $9,954

4.  All documentation included

Thank you,

Margaret Boyle

me███████@███████

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com

 **BAIRD**

## Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

Account Number: ▮▮▮▮

Baird Financial Advisor:
THE MOSHINSKI ZOLTAK GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 11/11/20

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| PTON | 70614W100 | You Bought In your Cash Account | 11/11/20 | 11/13/20 | 150 | $102.5231 | $15,378.47 |
| **PELOTON INTERACTIVE INC** | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.00 |
| | | | | | | **Net Amount** | **$15,378.47** |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION

Transaction Number: 5553076

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU
REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES

SiPC

MEMBER
FINRA

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com

**BAIRD**

## Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

Account Number:
Account Solution:
Baird Financial Advisor:
THE MOSHINSKI ZOLTAK GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 12/16/21

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| PTON | 70614W100 | You Sold In your Cash Account | 12/16/21 | 12/20/21 | 150 | $39.0088 | $5,851.32 |
| PELOTON INTERACTIVE INC | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.03 |
| | | | | | | **Net Amount** | **$5,851.29** |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY 150.0 (11/11/20)

Transaction Number: 7826638

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU
REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES

 SIPC

MEMBER
FINRA

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



## Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

**Account Number:** ███████
**Account Solution:** ███████
**Baird Financial Advisor:**
THE MOSHINSKI ZOLTAK GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 11/05/21

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|---|---|---|---|---|---|---|---|
| PTON | 70614W100 | You Bought In your Cash Account | 11/05/21 | 11/09/21 | 200 | $56.2785 | $11,255.70 |
| PELOTON INTERACTIVE INC | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.00 |
| | | | | | | **Net Amount** | **$11,255.70** |

WE MAKE A MARKET IN THIS SECURITY
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION

Transaction Number: 6554679

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU
REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES



MEMBER
FINRA

Robert W. Baird & Co. Incorporated, PO Box 672, Milwaukee, WI 53201-0672
414-765-3500 . 800-792-2473 . rwbaird.com



BAIRD

## Trade Confirmation

JAMES F BOYLE &
MARGARET D BOYLE TTEES
JF BOYLE & MD BOYLE REV TR
UAD 04/07/08 ADV CHOICE

Account Number:
Account Solution:
Baird Financial Advisor:
THE ZOLTAK FUNKE GROUP
Phone: (262) 523-3800

The following transaction(s) were processed on: 12/04/23

| Symbol | CUSIP | Action | Trade Date | Settle Date | Quantity | Price | Gross Amount |
|--------|-------|--------|-----------|-------------|----------|-------|--------------|
| PTON | 70614W100 | You Sold In your Cash Account | 12/04/23 | 12/06/23 | 200 | $6.51 | $1,302.00 |
| **PELOTON INTERACTIVE INC** | | | | | | Commission/Fee | $0.00 |
| CL A | | | | | | Transaction Fee | $0.02 |
| | | | | | | **Net Amount** | **$1,301.98** |

WE MAKE A MARKET IN THIS SECURITY
AVERAGE PRICE TRANSACTION.   INFORMATION AVAILABLE UPON REQUEST.
EXECUTION VENUE AVAILABLE UPON REQUEST
BAIRD ACTED AS AGENT ON THIS TRANSACTION
SALE VS PURCHASE TRADE QTY 200.0 (11/05/21)

Transaction Number: 5648569

PLEASE VISIT WWW.BAIRDWEALTH.COM/RETAILINVESTOR FOR BAIRD'S FORM CRS, REGULATION BEST INTEREST DISCLOSURES AND OTHER IMPORTANT INFORMATION REGARDING OUR RELATIONSHIP WITH YOU
REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES

 

SIPC

MEMBER
FINRA

**MARGARET BOYLE**

MILWAUKEE WI 530

14 JAN 2025 PM 3 L



Peloton Interactive, Inc Securities Litigation
Claims Administrator
PO Box 2915
Portland, OR 97208-2915

97208-291515

Case 1:21-cv-02695-CBA-PK   Document 110-3   Filed 04/25/25   Page 30 of 78 PageID #: 2165

Disputing Claimant No. 3



# Investor's Edge Self-Directed
# Registered Retirement Savings Plan

**April 1-April 30, 2021**
*(previous statement March 31, 2021)*



Account # ▮▮▮▮▮▮
**Order Execution Only Account**

▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮ ▮▮▮▮▮▮

123573

## To Contact Us:

*1-800-567-3343*

*www.investorsedge.cibc.com*

## Items For Your Attention:

- *You have a security in your account which will mature shortly. Please refer to "Portfolio Assets" section for details.*
- *Take advantage of our online resources and keep up to date with the latest trends by visiting Learn at www.investorsedge.cibc.com/en/learn*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT APR 30 |
|---|---|---|
| *Cash & Cash Equivalents* | ▮▮ | ▮▮▮ |
| *Fixed Income* | ▮▮ | ▮▮▮ |
| *Equities* | ▮▮ | ▮▮▮ |
| *Mutual Funds* | ▮ | ▮▮ |
| *Other* | ▮ | ▮▮ |
| TOTAL PORTFOLIO | 100% | ▮▮▮▮ |

## Contribution Summary - C$ equivalent

| | THIS MONTH | YEAR TO DATE First 60 days | YEAR TO DATE Balance of year |
|---|---|---|---|
| *By You* | ▮ | ▮ | ▮ |

## Income Summary

| Canadian Dollars | THIS MONTH | YEAR TO DATE |
|---|---|---|
| *Interest* | — | $950.23 |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| *Apr 1* | — | *Opening cash balance* | — | — | ▮▮▮ |
| *Apr 1* | Bought | *PELOTON INTERACTIVE INC CLASS A COMMON STOCK UNSOLICITED BNKUF EXCHANGE RATE 1.27800000* | 125 | 105.928 | -$16,930.82 |
| Apr 30 | — | Closing cash balance | — | — | ▮▮▮ |



**Regulated by**
Investment Industry Regulatory
Organization of Canada



**CIPF**
MEMBER

HRI-*02018900*



# INVESTOR'S EDGE SELF-DIRECTED
# REGISTERED RETIREMENT SAVINGS PLAN

### April 1-April 30, 2021
*(previous statement March 31, 2021)*

## Portfolio Assets — Canadian Dollars



| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT APR 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | | | | | |
| *Fixed Income* | | | | | |
| | | | | | |
| *Equities* | | | | | |
| PELOTON INTERACTIVE INC CLASS A COMMON STOCK (PTON/US) | 125 | $16,930.82 | 120.897 | $15,112.13 | 125 |
| *Mutual Funds* | | | | | |
| | | | | | |
| TOTAL PORTFOLIO IN Canadian Dollars | | | | | |

## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.

† These securities are held in segregation and cannot be used in the conduct of our business.

§ The market value of this security is not determinable.

‡ There is no active market for this security so we have estimated its market value.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 800 Bay St., 2nd Floor, Toronto, Ontario, M5S 3A9 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST # 89531 9382 RT0001 QST # 1018887017 TQ0001

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.

**From:** info_PelotonSecuritiesSettlement
**Sent:** Tuesday, March 18, 2025 5:38 PM
**To:**
**Cc:** info_PelotonSecuritiesSettlement
**Subject:** Peloton Interactive Securities Settlement_ Claim 800002458
**Attachments:** Peloton Long Form Notice_Final.pdf

Dear Ms. Derksen,

We have received your request for Court review of your claim. Pursuant to the Court-approved Plan of Allocation (the "Plan"), your claim did not calculate to a Recognized Loss. While you may have incurred a market loss, the settlement provides a methodology for us, the Claims Administrator, to calculate each claim pursuant to the Plan included in the Notice attached to this email.

Our records reflect you purchased 125 eligible shares at $105.928 on April 1, 2021 and held the shares through the 90-day lookback period, August 2, 2021.  The relevant sections of the Plan include:

I.      *For each share of Peloton Common Stock purchased between September 11, 2020 through May 5, 2021, at 9:57 a.m. ET, inclusive,*

c.   *that was still held as of the close of trading on August 2, 2021, the Recognized Loss per share is the lesser of: i. the price inflation on the date of purchase/acquisition as provided in Table 1 above; or ii. the purchase price minus the average closing price for the Common Stock during the 90-Day Lookback Period, which is $110.40.*

*If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero ($0.00).*

Your purchase at $105.928 minus $110.40 calculates to a negative number. If this explanation is clear and you no longer wish to request Court review of your claim, please respond back to this email advising that we can withdraw your request.

Regards,
Melissa

Peloton Interactive Securities
Claims Administrator

**People. Partnership. Performance.**
www.epiqglobal.com

1

AS-IS
Document Control

[illegible]

[illegible] PLEASE NOTE COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU [illegible] ADMINISTRATION [illegible] DETERMINATION [illegible] YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions [illegible]

Sincerely,

[illegible]

[illegible]

AS-IS
Document Control

Case 1:21-cv-02369-CBA-PK    Document 110-3    Filed 04/25/25    Page 37 of 78 PageID #: 2172



# INVESTOR'S EDGE SELF-DIRECTED
# REGISTERED RETIREMENT SAVINGS PLAN

### March 1-March 31, 2021
(previous statement February 26, 2021)



**Account #** ▮▮▮▮▮▮▮▮▮
**Order Execution Only Account**

CAROLYN  DERKSEN

▮▮▮▮▮▮▮▮▮▮

195352.

**To Contact Us:**

1-800-567-3343

www.investorsedge.cibc.com

## Items For Your Attention:

- *Take advantage of our online resources and keep up to date with the latest trends by visiting Learn at www.investorsedge.cibc.com/en/learn.html*
- *Change notice: Agreements and Disclosures The CIBC Investor's Edge Account Agreements and Disclosures Booklet and the Commission and Fees Schedule will be updated in June 2021. Once updated, you'll be able to view the summary online, along with the full agreements.*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT MAR 31 |
|---|---|---|
| Cash & Cash Equivalents | | ▮▮▮▮ |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | | |
| Other | | |
| TOTAL PORTFOLIO | | |

## Contribution Summary - C$ equivalent

| | THIS MONTH | YEAR TO DATE | |
|---|---|---|---|
| | | First 60 days | Balance of year |
| By You | | ▮▮▮▮ | |

## Income Summary

| CANADIAN DOLLARS | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Interest | ▮▮▮▮ | |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Mar 1 | — | Opening cash balance | ▮▮▮▮ | | ▮▮▮▮ |
| Mar 31 | — | Closing cash balance | | | |

### Future Settlement-Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Apr 1 | Bought | PELOTON INTERACTIVE INC CLASS A COMMON STOCK | 125 | 105.928 | - $16,930.82 |

 | **Regulated by** Investment Industry Regulatory Organization of Canada


MEMBER

HRI-*02019700*



# Investor's Edge Self-Directed
# Registered Retirement Savings Plan

**April 1-April 30, 2021**
*(previous statement March 31, 2021)*



Account # ▮▮▮▮▮▮
**Order Execution Only Account**

CAROLYN DERKSEN

123573

**To Contact Us:**

*1-800-567-3343*

*www.investorsedge.cibc.com*

**Items For Your Attention:**

- *You have a security in your account which will mature shortly. Please refer to "Portfolio Assets" section for details.*
- *Take advantage of our online resources and keep up to date with the latest trends by visiting Learn at www.investorsedge.cibc.com/en/learn*

## Portfolio Overview - C$ equivalent

| | PERCENTAGE OF MARKET VALUE | MARKET VALUE AT APR 30 |
|---|---|---|
| Cash & Cash Equivalents | | |
| Fixed Income | | |
| Equities | | |
| Mutual Funds | | |
| Other | | |
| TOTAL PORTFOLIO | | |



## Contribution Summary - C$ equivalent

| | THIS MONTH | YEAR TO DATE | |
|---|---|---|---|
| | | First 60 days | Balance of year |
| By You | | | |

## Income Summary

| CANADIAN DOLLARS | THIS MONTH | YEAR TO DATE |
|---|---|---|
| Interest | | |

## Account Activity — Canadian Dollars

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Apr 1 | — | Opening cash balance | | | |
| Apr 1 | Bought | PELOTON INTERACTIVE INC CLASS A COMMON STOCK UNSOLICITED BNKUF EXCHANGE RATE 1.27800000 | 125 | 105.928 | -$16,930.82 |
| Apr 30 | — | Closing cash balance | — | — | |

 | Regulated by Investment Industry Regulatory Organization of Canada

 MEMBER

HRI-*02018900*

Case 1:21-cv-02369-CBA-PK    Document 110-3    Filed 04/25/25    Page 39 of 78 PageID #: 2174



# INVESTOR'S EDGE SELF-DIRECTED
# REGISTERED RETIREMENT SAVINGS PLAN

### April 1-April 30, 2021
*(previous statement March 31, 2021)*

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT APR 30 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| *Cash & Cash Equivalents* | | | | | |
| CASH | | | | | |
| *Fixed Income* | | | | | |
| *Equities* | | | | | |
| PELOTON INTERACTIVE INC CLASS A COMMON STOCK (PTON/US) | 125 | $16,930.82 | 120.897 | $15,112.13 | 125 |
| *Mutual Funds* | | | | | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | | | | |



## Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.
† These securities are held in segregation and cannot be used in the conduct of our business.
§ The market value of this security is not determinable.
‡ There is no active market for this security so we have estimated its market value.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 800 Bay St., 2nd Floor, Toronto, Ontario, M5S 3A9 or call 1-800-567-3343.

Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request. Our statement of financial conditions and list of Partners, Directors and Senior Officers are available upon request.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST # 89531 9382 RT0001 QST # D 18887017 TQ0001

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that WM (the carrying broker) provides certain back-office services to CIBC ISI (the introducing broker) including trade execution, settlement, custody of cash and securities, bookkeeping and financing of customer positions. For regulatory purposes, you are a client of WM. CIBC ISI is responsible for supervising your account.



## INVESTOR'S EDGE SELF-DIRECTED
## REGISTERED RETIREMENT SAVINGS PLAN

### June 1-June 30, 2021
*(previous statement April 30, 2021)*

## Account Activity — Canadian Dollars (continued)

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|------|----------|-------------|----------|-------|--------|
| Jun 30 | — | Closing cash balance | | | |

## Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT JUN 30 | SEGREGATION †CUSTODY |
|-------------|----------|------------|---------------|------------------------|----------------------|
| *Cash & Cash Equivalents* | | | | | |
| CASH | | | | | |
| *Fixed Income* | | | | | |
| *Equities* | | | | | |
| PELOTON INTERACTIVE INC CLASS A COMMON STOCK (PTON/US) | 125 | $16,930.82 | 153.795 | $19,224.38 | 125 |
| SUBTOTAL | | $64,354.47 | | $66,757.63 | |



## INVESTOR'S EDGE SELF-DIRECTED
## REGISTERED RETIREMENT SAVINGS PLAN

**December 1-December 31, 2024**
*(previous statement October 31, 2024)*

---

### Portfolio Assets — Canadian Dollars

| DESCRIPTION | QUANTITY | BOOK VALUE | CURRENT PRICE | MARKET VALUE AT DEC 31 | SEGREGATION †CUSTODY |
|---|---|---|---|---|---|
| **Cash & Cash Equivalents** | | | | | |
| CASH | | | | | |
| **Fixed Income** | | | | | |
| ██████████ | | | | | |
| **Equities** | | | | | |
| ██████████ | | | | | |
| PELOTON INTERACTIVE INC CLASS A COMMON STOCK (PTON/US) | 125 | $16,930.82 | 12.520 | $1,565.00 | 125 |
| SUBTOTAL | | | | | |
| TOTAL PORTFOLIO IN CANADIAN DOLLARS | | | | | |

---

### Disclosures

The following abbreviations may appear on your statement: Non-Vtg for Non-Voting Shares; Res Vtg for Restricted Voting Shares; Sub Vtg for Subordinate Voting Shares.

† These securities are held in segregation and cannot be used in the conduct of our business.

Self-directed Canadian retirement accounts, including, but not limited to, registered retirement savings plans and registered retirement income funds, established with CIBC Investor Services Inc. by or for the benefit of individual clients who become residents of or who are temporarily present in the United States, are not regulated under the securities laws of the United States, and CIBC Investor Services Inc. is not subject to the broker-dealer regulations of the United States.

We are responsible for properly processing your transactions and for safeguarding and accounting for your assets that are under our control. You are responsible for reading all documents provided to you by our firm and its representatives and for promptly notifying us of any errors, omissions or unauthorised discretionary transactions.

If this statement is not in accordance with your records, please notify us in writing within 45 days of the statement date. We reserve the right to adjust this statement for errors and omissions. Notice should be addressed to Customer Satisfaction, CIBC Investors Services Inc., 483 Bay St. 2nd floor, Toronto ON, M5G 2A3 or call 1-800-567-3343.

Customers' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca.

Securities transactions are disclosed to the Canada Revenue Agency on a yearly basis. Please retain this statement for income tax purposes. GST/HST and QST: # 89531 9382 RT0001.

Interest on debit and credit balances will be calculated separately at the appropriate tiered rates, which rates are subject to change without notice. Interest is calculated based upon your average daily cash credit or debit balance and paid mid-month. Interest paid or charged on accounts is subject to minimum dollar amounts.

A free credit balance in your account represents funds payable on demand. These funds are not segregated from other funds and may be used in the conduct of our business.

Debt securities are purchased for you from CIBC World Markets Inc. or CIBC.

For US transactions placed by CIBC World Markets Inc. on behalf of Investors Edge, CIBC World Markets Inc. may receive remuneration from the broker/dealer, which may be an affiliate of CIBC World Markets Inc., through whom the transactions are executed. The amount of such remuneration will be disclosed upon request.

CIBC Investor Services Inc. Self Directed Plan assets are held in trust by the trustee, CIBC Trust Corporation.

Cash balances held in registered accounts are held in trust by CIBC Trust Corporation.

CIBC logo is a registered trademark of CIBC.

| From: | |
|---|---|
| Sent: | Monday, January 27, 2025 10:43 AM |
| To: | info_PelotonSecuritiesSettlement |
| Cc: | Carolyn Derksen |
| Subject: | Fwd: Claim Number 800002458 |
| Attachments: | 2024_12_eStatements.pdf; 2021_06_eStatements.pdf; 2021_03_eStatements.pdf; 2021_04_eStatements2.pdf; IMG_2214.jpg; IMG_2215.jpg |

You don't often get email from _____    Learn why this is important

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Hello, I just phoned and talked to Oscar today seeking further information regarding the notice I received last week. Today is the response deadline so wanted to make sure you did indeed get my response and to confirm what exactly you need in order to resolve this matter.

Please let me know what you need from me in order to be a 'Recognized Loss Amount'.

Thank you,

Carolyn Derksen

Sent from my iPad

Begin forwarded message:

> **From:** Carolyn Derksen
> **Date:** January 25, 2025 at 6:16:25 PM CST
> **To:** Info@pelotonsecuritiessettlement.com
> **Cc:** Carolyn Derksen
> **Subject: Claim Number 800002458**
>
> To Whom it may concern, attached is documentation to support my claim. I am requesting court review of the full or partial rejection of the claim. I did indeed purchase Peloton shares during the class period. I've now included additional month end statements. I've also included a copy of the Notice you sent me as per your instructions.
>
> Thank you,
>
> Carolyn Derksen

1



Sent from my iPad

2

Case 1:21-cv-02369-CBA-PK   Document 110-3   Filed 04/25/25   Page 44 of 78 PageID #: 2179

Outlook

## RE: Claim Number 800002458

From info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com>

Date Tue 1/28/2025 11:22 PM

To

Cc

Dear Carolyn Derksen,

Thank you for your email.

This is to confirm that we have received your updates and submitted them for processing. If you would like to check on the status of your claim going forward, you may check in periodically after you receive this confirmation of receipt. All claims are in process. We thank you for your patience.

Sincerely,

Melissa K.

Peloton Interactive Securities Litigation

Claims Administrator

-------------------- Original Message --------------------

**From:**

**Received:** 1/25/2025 4:17 PM

**To:** info@PelotonSecuritiesSettlement.com

**Cc:**

**Subject:** Claim Number 800002458

To Whom it may concern, attached is documentation to support my claim. I am requesting court review of the full or partial rejection of the claim. I did indeed purchase Peloton shares during the class period. I've now included additional month end statements. I've also included a copy of the Notice you sent me as per your instructions.

Thank you,

Carolyn Derksen

Sent from my iPad

Disputing Claimant No. 4

Case 1:21-cv-02369-CBA-PK    Document 110-3    Filed 04/25/25    Page 46 of 78 PageID #: 2181



**TD Direct Investing**

# Your investment account statement

October 1, 2020 to October 31, 2020

Account number: ▉▉▉▉▉
Account type: ▉▉▉▉▉▉▉▉
Account currency: Canadian dollars

BAYS BOOKKEEPING AT YOUR SERVICE INC.
ATTN: MS KIMBERLY MACLAURIN
▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉
▉▉▉▉

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**ⓘ You need to know**

Please see **page 2** for important information about your account.

| | This period (Oct 1 - Oct 31, 2020) | Last period (Sep 1 - Sep 30, 2020) | Year to date (Jun 12 - Oct 31, 2020) |
|---|---|---|---|
| Beginning balance | ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |
| Change in your account balance | | | |
| Ending balance | ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |

‣ US dollars converted to Canadian dollars at **1.3330** as of Oct 31, 2020

## Holdings in your account

on October 31, 2020

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |
| **COMMON SHARES** | | | | | | |
| PELOTON INTERACTIVE INC-A (PTON) | 140 SEG | 110.210u | 24,955.07 | 20,575.10 | -4,379.97 | 99.93% |
| **Total Portfolio** | | | ▉▉▉▉ | ▉▉▉▉ | | **100.00%** |

‣ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3330**

‣ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

‣ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory Organization of Canada

Page **1** of 3



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | |
| Oct 16 | Buy | PELOTON INTERACTIVE INC-A CONV TO CAD @33.3 %US PRE QF-302690 | 140 | 133.649 | -24,955.07 | 15.41 |
| **Oct 31** | **Ending cash balance** | | | | | |

### ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

November 1, 2020 to November 30, 2020

Account number: ▮▮▮▮▮
Account type: ▮▮▮▮▮
Account currency: Canadian dollars

BAYS BOOKKEEPING AT YOUR SERVICE INC.
ATTN: MS KIMBERLY MACLAURIN
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

ⓘ **You need to know**

Please see **page 2** for important information about your account.

| | This period (Nov 1 - Nov 30, 2020) | Last period (Oct 1 - Oct 31, 2020) | Year to date (Jun 12 - Nov 30, 2020) |
|---|---|---|---|
| Beginning balance | ███ | ███ | ███ |
| Change in your account balance | | | |
| Ending balance | ███ | ███ | ███ |

▸ US dollars converted to Canadian dollars at **1.2980** as of Nov 30, 2020

## Holdings in your account

on November 30, 2020

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | ███ | ███ | ███ | ███ |
| **COMMON SHARES** | | | | | | |
| ███ | ███ ███ | ███ | ███ | ███ | ███ | ███ |
| **Total Portfolio** | | | ███ | ███ | | ███ |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.2980**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



Account number:
Account type:
Your investment account statement: Nov 30, 2020

---

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

---

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | |
| Nov 30 | Sell | PELOTON INTERACTIVE INC-A CONV TO CAD @28.1 %US PRE XX-319170 | -140 | 106.945 | 19,166.28 | 459.51 |
| **Nov 30** | **Ending cash balance** | | | | | |

---

## ⓘ Important information about your account

Enjoy the convenience of eServices – an easy way to access your TD Direct Investing account documents online. To register, log in to WebBroker; in the **Accounts** drop down menu, click on **Documents (eServices)** and update your selections on the **Delivery Preferences** tab.

---

*Order-Execution-Only Account.*

*Peloton Interactive, Inc. Securities Litigation*
Claims Administrator
P.O. Box 2915
Portland, OR 97208-2915

Website:   www.PelotonSecuritiesSettlement.com
Email:     Info@PelotonSecuritiesSettlement.com
Phone:     1-855-518-3039

*400549710003071357*
000 0000521 00000000 0001 0001 00520 INS: 0 0
BAYS BOOKKEEPING AT YOUR
SERVICE INC
KIMBERLY MACLAURIN

Claim Number:          800002593

Response Deadline:     **January 27, 2025**

January 7, 2025

**This document was received
in the same envelope as the
previously labeled document**
*Document Control*

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Peloton Interactive, Inc. Securities Litigation. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that the condition(s) remain(s) uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim. If you would like an update about the status of your Claim after you respond, please contact us using the information set forth above.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Plan of Allocation set forth in the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (which is available on the settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Settlement. *Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation.* Unless you had additional transactions in Peloton securities during the Class Period (i.e., the period between September 11, 2020 – May 5, 2021, inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Peloton securities during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation in order for you to be eligible to receive a distribution.

AK7301 v.07

To resolve the condition(s) listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to be included in the list of eligible Claims. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.PelotonSecuritiesSettlement.com.

Sincerely,

*Peloton Securities Settlement*
Claims Administrator

AK7302 v.07

Jan 25, 2025

Peloton Interactive, Inc. Securities Litigation
Claims Administrator
PO Box 2915
Portland, OR
97208-2915

Re: Claim Number 800002593

To Whom It May Concern,

I request a Court review of the full or partial rejection of the Claim number 800002593.

Please find enclosed documents which support a recognized loss of CDN 5,788.79 which roughly translates to about USD 4,020.

The enclosed documents include the date of purchase (Oct 16, 2020) and the date of sale (Nov 30, 2020) from my TD Direct Investing account.

Thank you for your consideration,

Kim MacLaurin,
Owner, BAYS Bookkeeping At Your Service Inc.



**TD Direct Investing**

# Your investment account statement

October 1, 2020 to October 31, 2020

Account number:
Account type:
Account currency: Canadian dollars

BAYS BOOKKEEPING AT YOUR SERVICE INC.
ATTN: MS KIMBERLY MACLAURIN

**Do you have a question?**
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages

English:       1-800-465-5463
French:        1-800-361-2684
Cantonese: 1-800-838-3223 option 1
Mandarin:   1-800-838-3223 option 2

## Your account at a glance

**⊕ You need to know**
Please see page 2 for important information about your account.

| | This period (Oct 1 - Oct 31, 2020) | Last period (Sep 1 - Sep 30, 2020) | Year to date (Jun 12 - Oct 31, 2020) |
|---|---|---|---|
| Beginning balance | | | |
| Change in your account balance | | | |
| Ending balance | | | |

▸ US dollars converted to Canadian dollars at **1.3330** as of Oct 31, 2020

## Holdings in your account
on October 31, 2020

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | | | | |
| **COMMON SHARES** | | | | | | |
| PELOTON INTERACTIVE INC-A (PTON) | 140 SEG | 110.210U | 24,955.07 | 20,575.10 | -4,379.97 | 99.93% |
| **Total Portfolio** | | | | | | |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is **1.3330**

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member – Canadian Investor Protection Fund



**IIROC** | Regulated by Investment Industry Regulatory Organization of Canada





---

## Definitions

### An explanation of terms shown in the tables above

***Book cost for long positions*** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

***Book cost for short positions*** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

***Market value*** is the price of the security or fund multiplied by the quantity held.

***Unrealized Gain or Loss*** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | **Beginning cash balance** | | | | | ████ |
| Oct 16 | (Buy) | PELOTON INTERACTIVE INC-A CONV TO CAD @33.3 %US PRE QF-302690 | 140 | 133.649 | -24,955.07 | 15.41 |
| Oct 31 | **Ending cash balance** | | | | | ████ |

---

### ① Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

*Order-Execution-Only Account.*



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | |
| Nov 30 | Sell | PELOTON INTERACTIVE INC-A CONV TO CAD @28.1 %US PRE XX-319170 | -140 | 106.945 | 19,166.28 | 459.51 |
| Nov 30 | **Ending cash balance** | | | | | |

*purchase price = (24,955.07)*

*= loss CDN (5,788.79)*

## (i) Important information about your account

Enjoy the convenience of eServices – an easy way to access your TD Direct Investing account documents online. To register, log in to WebBroker; in the **Accounts** drop down menu, click on **Documents (eServices)** and update your selections on the **Delivery Preferences** tab.

*Order-Execution-Only Account.*

Case 1:21-cv-02369-CBA-PK     Document 110-3     Filed 04/25/25     Page 56 of 78 PageID #: 2191



**TD Direct Investing**

# Your investment account statement

November 1, 2020 to November 30, 2020

Account number:
Account type:
Account currency: Canadian dollars

BAYS BOOKKEEPING AT YOUR SERVICE INC.
ATTN: MS KIMBERLY MACLAURIN

**Do you have a question?**
For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages
English: 1-800-465-5463
French: 1-800-361-2684
Cantonese: 1-800-838-3223 option 1
Mandarin: 1-800-838-3223 option 2

## Your account at a glance

**You need to know**
Please see page 2 for important information about your account

| | This period (Nov 1 - Nov 30, 2020) | Last period (Oct 1 - Oct 31, 2020) | Year to date (Jun 12 - Nov 30, 2020) |
|---|---|---|---|
| Beginning balance | | | |
| Change in your account balance | | | |
| Ending balance | | | |

▸ US dollars converted to Canadian dollars at 1.2980 as of Nov 30, 2020

## Holdings in your account
on November 30, 2020

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | | | | |
| **COMMON SHARES** | | | | | | |
| **Total Portfolio** | | | | | | |

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is 1.2980

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada

 Outlook

---

## RE: Claim number 800002593 and 8000005682

---

**From** info_PelotonSecuritiesSettlement <info@PelotonSecuritiesSettlement.com>

**Date** Tue 1/28/2025 8:47 PM

**To**

Dear Kim,
Thank you for your email.
This is to confirm that we have received your updates and submitted them for processing. If you would like to check on the status of your claim going forward, you may check in periodically after you receive this confirmation of receipt. All claims are in process. We thank you for your patience.
Sincerely,
Melissa K.
Peloton Interactive Securities Litigation
Claims Administrator

------------------ Original Message ------------------
**From:**
**Received:** 1/25/2025 7:53 AM
**To:** info@PelotonSecuritiesSettlement.com
**Subject:** Claim number 800002593 and 8000005682

Hello,

I mailed my objection to the ineligibility conditions of both these claims but in case my documents are not received by mail, I'm enclosing electronic copies of my requests for a Court review of both claims.

Thank you for your consideration,
Kim

Disputing Claimant No. 5

*Peloton Interactive Securities Litigation*
Epiq Systems, Inc.
PO Box 2915
Portland, OR 97208-2915

## PROOF OF CLAIM AND RELEASE FORM

**This Proof of Claim and Release form ("Claim Form") applies to Persons who purchased or otherwise acquired Peloton's securities between September 11, 2020 and May 5, 2021, inclusive, and who suffered damages thereby.** [1]

### I.    GENERAL INSTRUCTIONS

1. To recover as a Member of the Settlement Class based on your claims in the action entitled *In re Peloton Interactive, Inc. Securities Litigation*, No. 1:21-cv-02369-CBA-PK (E.D.N.Y.) (the "Action"), you must complete and, on page 10 hereof, sign this Claim Form. If you fail to submit a timely and properly addressed (as set forth in paragraph 3 below) this Claim Form along with the requested supporting documentation, your claims may be rejected and you may not receive any recovery from the Settlement Fund created in connection with the proposed Settlement of the Action.

2. Submission of this Claim Form, however, does not assure that you will share in proceeds of the Settlement of the Action.

3. YOU MUST SUBMIT YOUR COMPLETED AND SIGNED CLAIM FORM AND THE SUPPORTING DOCUMENTS REQUESTED HEREIN NO LATER THAN **MAY 21, 2024**, TO THE CLAIMS ADMINISTRATOR, BY ONE OF THE FOLLOWING METHODS:

   Electronically at www.PelotonSecuritiesSettlement.com

   Via email to Info@PelotonSecuritiesSettlement.com

   By mail to (postmarked by May 21, 2024):

   *In re Peloton Interactive Securities Litigation*
   Epiq Systems, Inc.
   PO Box 2915
   Portland, OR 97208-2915

If you are NOT a member of the Settlement Class (as defined in the Notice), DO NOT submit a Proof of Claim form. Also, NOTE THAT CLAIMS CALCULATING TO AN AWARD AMOUNT OF LESS THAN $10.00 WILL **NOT** BE PAID.

4. If you are a member of the Settlement Class and you did not timely request exclusion from the Settlement Class, you will be bound by the terms of any judgment entered in the Action, including the releases provided herein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM.

### II.    CLAIMANT IDENTIFICATION

You are a Settlement Class Member if you purchased or otherwise acquired Peloton publicly traded common stock or call options, or sold (wrote) Peloton publicly traded put options, between September 11, 2020 and May 5, 2021, inclusive, and suffered damages thereby. Excluded from the Settlement Class are (i) Defendants; (ii) current and former officers and directors of Peloton; (iii) members of the immediate family of each of the Individual Defendants; (iv) all subsidiaries and affiliates of Peloton and the directors and officers of Peloton and their respective subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, officers, directors, and any other individual or entity in which any Defendant has a controlling interest; (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of all such excluded parties; and (vii) any persons or entities who properly exclude themselves by filing a valid and timely request for exclusion.

If you purchased or otherwise acquired Peloton securities and held the certificate(s) in your name, you are the beneficial purchaser as well as the record purchaser. If, however, the certificate(s) was registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial purchaser, and the third party is the record purchaser.

---

[1] All capitalized terms not otherwise defined in this document shall have the meaning provided in the Stipulation and Agreement of Settlement dated April 17, 2023 (the "Stipulation").

Use Part I of this form entitled "Claimant Information" to identify yourself and each owner of record ("nominee") if different from the beneficial owner of the Peloton securities that form the basis of this claim. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S), OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S) OF THE PELOTON SECURITIES UPON WHICH THIS CLAIM IS BASED.

All joint purchasers or acquirers must sign this Claim Form. Executors, administrators, guardians, conservators, and trustees must complete and sign this Claim Form on behalf of persons represented by them and their authority must accompany this claim *and* their titles or capacities must be stated. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

If you are acting in a representative capacity on behalf of a member of the Settlement Class (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that member of the Settlement Class. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All claimants MUST submit a signed Claim Form listing all their transactions whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at info@PelotonSecuritiesSettlement.com or visit their website at www.PelotonSecuritiesSettlement.com to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

## III. CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in Peloton Common Stock," to supply all required details of your transaction(s) in Peloton publicly traded common stock. Use Part III of this form entitled "Schedule of Transactions in Peloton Call Option Contracts" to supply all required details of your transaction(s) in Peloton publicly traded call options. Use Part IV of this form entitled "Schedule of Transactions in Peloton Put Option Contracts" to supply all required details of your transaction(s) in Peloton publicly traded put options. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all the requested information with respect to: (1) all of your transactions in Peloton publicly traded common stock that took place between September 11, 2020 and August 2, 2021, inclusive; (2) all of your transactions in Peloton publicly traded call and put options that took place between September 11, 2020 and May 5, 2021, inclusive; (3) the number of shares of Peloton publicly traded common stock and call options that you held, and put options that you wrote that were still outstanding, at the opening of trading on September 11, 2020; (4) the number of shares of Peloton publicly traded common stock that you held at the close of trading on August 2, 2021; and (5) the number of Peloton publicly traded call options that you held, and put options that you wrote that were still outstanding, at the close of trading on May 5, 2021. Failure to report all such transactions may result in the rejection of your claim.

List each transaction separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of Peloton publicly traded common stock. The date of a "short sale" is deemed to be the date of sale of Peloton publicly traded common stock.

For each transaction, you must provide, together with this Claim Form, copies of stockbroker confirmations slips, stockbroker statements, or other documents adequately evidencing your transactions in Peloton publicly traded common stock and/or options. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

## PELOTON INTERACTIVE, INC. SECURITIES LITIGATION

## PART I. CLAIMANT INFORMATION

Beneficial Owner's First Name: O L G A

MI:

Beneficial Owner's Last Name: T S A M P A S

Co-Beneficial Owner's First Name: J o h n

MI:

Co-Beneficial Owner's Last Name: T s a m p a s

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner[s] listed above)

Address 1 (street name and number) ███████

Address 2 (apartment, unit or box number)

City ███████   State   ZIP Code ███████

Country: U S A

Last four digits of Social Security Number or Taxpayer Identification Number ███████

Telephone Number (Day) ███████

Telephone Number (Evening)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim): O L ███████

Account Number (where securities were traded) ███████

Claimant Account Type (check appropriate box)

- [ ] Individual
- [x] Joint
- [ ] Corporation
- [ ] IRA/401K
- [ ] Pension Plan
- [ ] Other _____ (please specify)
- [ ] Estate
- [ ] Trust

## PART II. SCHEDULE OF TRANSACTIONS IN PELOTON COMMON STOCK

**Beginning Holdings:**

A. State the total number of shares of Peloton publicly traded common stock owned at the opening of trading on September 11, 2020, long or short *(must be documented)*:

**Purchases:**

B. Separately list each and every share you purchased or acquired of Peloton publicly traded common stock during the period from **September 11, 2020 to August 2, 2021, inclusive,** and provide the following information *(must be documented)*:

| Purchase Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Purchase Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 09/01/21 | 30 | 99.00 | $2970.00 |
| 09/08/21 | 10 | 96.32 | $963.20 |
| 11/04/21 | 500 | 86.55 | $43275.00 |
| | | . | . |

**Sales:**

C. Separately list each and every sale of Peloton publicly traded common stock during the period between September 11, 2020 and August 2, 2021, inclusive, and provide the following information *(must be documented)*:

| Sale Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price per Share | Total Proceeds (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | . | . |
| | | . | . |
| | | . | . |
| | | . | . |

**Ending Holdings:**

D. State the total number of shares of Peloton publicly traded common stock owned at the close of trading on August 2, 2021, long or short *(must be documented)*:

purchased in 9/21 + 11/21

total 540

## PART V. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

Social Security Number (for individuals)               Taxpayer Identification Number (for estates, trusts, corporations, etc.)

██████████████████        **or**        ☐☐ – ☐☐☐☐☐☐☐

## PART VI. SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Claim Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the Court, with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the releases set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions, or sales of Peloton publicly traded common stock during the relevant period and know of no other person having done so on my (our) behalf).

## PART VII. RELEASES

1. I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge from the Released Claims each and all of the Releasees as provided in the Stipulation of Settlement.

2. "Released Claims" means all Released Defendants' Claims and all Released Plaintiffs' Claims.

3. "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known or Unknown Claims, whether arising under federal, state, local, common, statutory, administrative, or foreign law, or any other law, rule, or regulation, at law or in equity, whether fixed or contingent, whether foreseen or unforeseen, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured, whether direct, representative, class, or individual in nature, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants, which Defendants will release as against Plaintiffs' Releasees upon the Effective Date. Released Defendants' Claims shall not include: (1) any claims relating to the enforcement of the Settlement; or (2) any claims against any Person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

4. "Released Plaintiffs' Claims" means all claims, rights, causes of action, duties, obligations, demands, actions, debts, sums of money, suits, contracts, agreements, promises, damages and liabilities, whether known or Unknown Claims, contingent or non-contingent, indirect or direct, or suspected or unsuspected, including any claims arising under federal or state statutory or common law or any other law, rule or regulation, whether foreign or domestic, that have been asserted, could have been asserted, or could be asserted in the future against Defendants or any of the Defendants' Releasees that (i) arise out of or relate in any way to, or are based upon, the allegations, transactions, acts, facts, events, matters, occurrences, representations or omissions involved, set forth, alleged or referred to in the operative complaint in the Action or in any of the prior complaints, or (ii) in any way are based upon or related to, directly or indirectly, the purchase or sale or other acquisition or disposition, or holding, of Peloton securities during the Class Period. For the avoidance of doubt, Released Plaintiffs' Claims include, but are not limited to, any claims under the Securities Act of 1933 or the Securities Exchange Act of 1934, or the securities laws of any state or territory. The following claims are explicitly excluded from release: (1) all claims related to the enforcement of the Settlement; (2) asserted derivatively purportedly on behalf of Peloton in *In re Peloton Interactive, Inc. Derivative Litigation*, Case No. 1:21-cv-02862-CBA-PK (E.D.N.Y), *In re Peloton Interactive, Inc. Stockholder Derivative Litigation*, Case No. 2022-1051-KSJM (Del. Ch.), or *Manzella v. Cortese, et al.*, Case No. 2023-0224-KSJM (Del. Ch.) (together, the "Derivative Actions"); (3) asserted by plaintiff in its June 25, 2022 complaint filed in *Robeco Capital Growth Funds v. Peloton Interactive, Inc.*, Case No. 21-cv-9582 (S.D.N.Y.) ("SDNY Action"), or any amended complaint properly filed in the SDNY Action in which that plaintiff asserts allegations that are substantially similar to those made in the June 25, 2022 complaint; or (4) any claims of any person or entity who or which submits a request for exclusion from the Settlement that is accepted by the Court. Nothing in this Settlement shall waive any arguments or defenses Defendants may assert in, in connection with, or otherwise related to any other litigation or matter, including, but not limited to, the Derivative Actions or the SDNY Action.

5. "Releasee(s)" means each and any of the Defendants' Releasees and each and any of the Plaintiffs' Releasees.

6. "Defendants' Releasees" means Defendants, and any and all of their related parties in any forum, including, without limitation, any and all of their current, former, or future parents, subsidiaries, affiliates, predecessors, successors, divisions, investment funds, joint ventures and general or limited partnerships, and each of their respective current or former officers, directors, trustees, partners, shareholders, owners, members, contractors, subcontractors, auditors, principals, agents, managing agents, employees, attorneys, accountants, investment bankers, underwriters, co-insurers or insurers in their capacities as such, as well as each of the Individual Defendants' Immediate Family members, heirs, executors, personal or legal representatives, estates, beneficiaries, predecessors, successors and assigns.

7. "Plaintiffs' Releasees" means (i) Lead Plaintiff, his attorneys, and all other Settlement Class Members; (ii) affiliates, current and former parents, subsidiaries, successors, predecessors, assigns, executors, administrators, representatives, attorneys, and agents of each of the foregoing in (i); and (iii) the current and former officers, directors, Immediate Family members, heirs, trusts, trustees, executors, estates, administrators, beneficiaries, agents, affiliates, insurers, reinsurers, predecessors, successors, assigns, and advisors of each of the persons or entities listed in (i) and (ii), in their capacities as such.

8. "Unknown Claims" means any Released Plaintiffs' Claims which any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims that any Defendant does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have materially affected his, her, or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiff and Defendants shall expressly waive, and each of the other Settlement Class Members shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

Lead Plaintiff, other Settlement Class Members, Defendants, or any of Defendants' Releasees may hereafter discover facts, legal theories, or authorities in addition to or different from those which any of them now knows or believes to be true with respect to the subject matter of the Released Claims, but Lead Plaintiff and Defendants shall expressly, fully, finally, and forever waive, compromise, settle, discharge, extinguish, and release, and each Settlement Class Member shall be deemed to have waived, compromised, settled, discharged, extinguished, and released, and upon the Effective Date and by operation of the Judgment or Alternative Judgment shall have waived, compromised, settled, discharged, extinguished, and released, fully, finally, and forever, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or absolute, accrued or unaccrued, apparent or unapparent, which now exist, or heretofore existed, or may hereafter exist, without regard to the subsequent discovery or existence of such different or additional facts, legal theories, or authorities. Lead Plaintiff and Defendants acknowledge, and each of the other Settlement Class Members shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a material element of the Settlement.

9. These releases shall be of no force or effect unless and until the Court approves the Stipulation and the settlement becomes effective on the Effective Date.

10. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any claim or matter released pursuant to this release or any other part or portion thereof.

11. I (We) hereby warrant and represent that I (we) have included all the information requested (including supporting documentation) about all of my (our) transactions and positions in Peloton publicly traded common stock, call options and put options between September 11, 2020 and August 2, 2021, inclusive. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

12. I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (we are) exempt from backup withholding, or (b) I (we) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

I (WE) DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS CLAIM FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_Olga Bampa_
Signature

_[signature]_
Signature

_____

(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☑ Check here if proof of authority to file is enclosed. (See explanation in II. Claimant Identification)

Executed this __3__ day of __May__, __2024__
    [Day]                     [Month/year]

**THE CLAIM FORM AND SUPPORTING DOCUMENTATION MUST BE SUBMITTED ON OR BEFORE MAY 21, 2024, TO THE CLAIMS ADMINISTRATOR BY ONE OF THE FOLLOWING METHODS:**

Electronically at www.PelotonSecuritiesSettlement.com

Via email to Info@PelotonSecuritiesSettlement.com

By mail to (postmarked no later than May 21, 2024):

*In re Peloton Interactive Securities Litigation*
Epiq Systems, Inc.
PO Box 2915
Portland, OR 97208-2915

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by **MAY 21, 2024**, and if a postmark is indicated on the envelope and it is mailed and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form. Please notify the Claims Administrator of any change of address.

**REMINDER CHECKLIST**

o   Please be sure to sign this Claim Form on page 10. If this Claim Form is submitted on behalf of joint claimants, then both claimants must sign.

o   Please remember to attach supporting documents. Do NOT send originals of stock certificates. Keep copies of everything you submit.

o   Do NOT use highlighter on the Claim Form or any supporting documents.

o   If you move after submitting this Claim Form, please notify the Claims Administrator of the change in your address.

**T.Rowe Price®**
INVEST WITH CONFIDENCE

## Brokerage Transaction Confirmation

T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc.
P.O. Box 17435, Baltimore, MD 21297-1435    1-800-225-7720

1000051  01 SP 0.530  **SNGLP  T1 1 5069 11050-411899   -C01-P00051-I      134

JOHN TSAMPAS &
OLGA TSAMPAS JT TEN
TOD DTD 01/16/2018



Please note that all shares held in tax-deferred accounts, including IRAs, are considered noncovered under IRS regulations, and tax information will not be reported on Form 1099-B for these transactions.

### Security Bought

**PELOTON INTERACTIVE INC CL A COM**

For the account of:
JOHN TSAMPAS &
OLGA TSAMPAS JT TEN

| | |
|---|---|
| Account Number: | |
| Account Type: | Cash |
| Trade Date: | 9/1/21 |
| Settlement Date: | 9/3/21 |
| Cusip Number: | 70614W100 |
| Ticker Symbol: | PTON |

| Trade Number | CAP * | Quantity/Price | Principal | Interest | Commission | Other Fees/Taxes | Trans Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|
| I8LIM3 | 0 | 30@ $99.0000 | $2,970.00 | | | | | $2,970.00 |

UNSOLICITED ORDER ALLOCATED ORDER YOUR BROKER ACTED AS AGENT

| TOTALS | | 30 | | | | | | |

- Remittance of funds is due on or before settlement date.

*See reverse side for symbol explanation.
Transactions are subject to the terms listed on the reverse side.  This confirmation is an advice, not an invoice.  All orders are unsolicited unless otherwise specified.

Brokerage accounts carried by Pershing, LLC, a subsidiary of the Bank of New York Mellon Corporation, member NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., member FINRA/SIPC.

**T.RowePrice®**
INVEST WITH CONFIDENCE

## Brokerage Transaction Confirmation

T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc.
P.O. Box 17435, Baltimore, MD 21297-1435    1-800-225-7720

1000061  01 SP 0.530 **SNGLP  T1 0 5073 11050-411899  -C01-P00061-I    141

JOHN TSAMPAS &
OLGA TSAMPAS JT TEN
TOD DTD 01/16/2018



Please note that all shares held in tax-deferred accounts, including IRAs, are considered noncovered under IRS regulations, and tax information will not be reported on Form 1099-B for these transactions.

### Security Bought

**PELOTON INTERACTIVE INC CL A COM**

For the account of:
JOHN TSAMPAS &
OLGA TSAMPAS JT TEN

| | |
|---|---|
| Account Number: | ▮▮▮ |
| Account Type: | Cash |
| Trade Date: | 9/8/21 |
| Settlement Date: | 9/10/21 |
| Cusip Number: | 70614W100 |
| Ticker Symbol: | PTON |

| Trade Number | CAP * | Quantity/ Price | Principal | Interest | Commission | Other Fees/ Taxes | Trans Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|
| I80WW7 | 1 | 10@ $96.3200 | $963.20 | | | | | $963.20 |

UNSOLICITED ORDER

TOTALS

- Remittance of funds is due on or before settlement date.

*See reverse side for symbol explanation.
Transactions are subject to the terms listed on the reverse side. This confirmation is an advice, not an invoice. All orders are unsolicited unless otherwise specified.

Brokerage accounts carried by Pershing, LLC, a subsidiary of the Bank of New York Mellon Corporation, member NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., member FINRA/SIPC.

**T. Rowe Price®**
INVEST WITH CONFIDENCE

## Brokerage Transaction Confirmation

T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc.
P.O. Box 17435, Baltimore, MD 21297-1435    1-800-225-7720

1000063  01 SP 0.530  **SNGLP  T1 05114 11050-411899   -C01-P00063-I     163

JOHN TSAMPAS &
OLGA TSAMPAS JT TEN
TOD DTD 01/16/2018



Please note that all shares held in tax-deferred accounts, including IRAs, are considered noncovered under IRS regulations, and tax information will not be reported on Form 1099-B for these transactions.

### Security Bought

**PELOTON INTERACTIVE INC CL A COM**

| For the account of: | Account Number: | |
|---|---|---|
| JOHN TSAMPAS & | Account Type: | Cash |
| OLGA TSAMPAS JT TEN | Trade Date: | 11/4/21 |
| | Settlement Date: | 11/8/21 |
| | Cusip Number: | 70614W100 |
| | Ticker Symbol: | PTON |

| Trade Number | CAP * | Quantity/ Price | Principal | Interest | Commission | Other Fees/ Taxes | Trans Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|
| I5FHS6 | 1 | 500@ $86.5500 | $43,275.00 | | | | | $43,275.00 |

UNSOLICITED ORDER

**TOTALS**

- Remittance of funds is due on or before settlement date.

*See reverse side for symbol explanation.
Transactions are subject to the terms listed on the reverse side. This confirmation is an advice, not an invoice. All orders are unsolicited unless otherwise specified.

Brokerage accounts carried by Pershing, LLC, a subsidiary of the Bank of New York Mellon Corporation, member NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., member FINRA/SIPC.

5114-01-m1-1000063-C001-0000107

# T.Rowe Price
INVEST WITH CONFIDENCE

Investor Number
Brokerage Account Number

## BROKERAGE HOLDINGS

continued

| Stocks, Rights, and Warrants | Quantity | Price | 12/31/21 Value | Change From 11/30/21 | Estimated Annual Income[1] | Estimated Yield[1] |
|---|---|---|---|---|---|---|
| PELOTON INTERACTIVE INC CL A COM PTON | 540.000 | $35.7600 | | | | |

[1] Estimated Annual Income and Estimated Yield are hypothetical based on prior year distributions and does not reflect changes in price. Estimates will not appear for certain securities such as mutual funds, ETFs, and non-dividend paying equity holdings.

## BROKERAGE TRANSACTION SUMMARY

| | Amount |
|---|---|
| **DIVIDENDS AND INTEREST** | |
| TOTAL DIVIDENDS AND INTEREST | |
| **MONEY MARKET TRANSACTIONS** | |
| TOTAL MONEY MARKET DEPOSITS | |

## BROKERAGE ACTIVITY

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | **DIVIDENDS AND INTEREST** | | | | |

continues...

**AS-IS**
Document Control

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC. For additional information on your Brokerage account registration please contact an associate at 1-800-225-7720 or email us at info@troweprice.com



PRIORITY MAIL ENVELOPE
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORITY
★ MAIL ★

FROM:

Olga Tsampas

TO:

In re Peloton Interactive
Securities Litigation
Epiq Systems, Inc.
P.O. Box 2915
Portland, OR 97208-2915

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

PRESS FIRMLY TO SEAL
PRESS FIRMLY TO SEAL

PRIORITY® MAIL

Retail

US POSTAGE PAID
$14.00
Origin: 11030
05/02/24
3550150037-22

PRIORITY MAIL®

0 Lb 3.00 Oz

RDC 03

B907

EXPECTED DELIVERY DAY: 05/04/24

SHIP TO:
PO BOX 2915
PORTLAND OR 97208-2915

USPS SIGNATURE® TRACKING #

9510 8134 2057 4123 5103 53

USPS.COM/PICKUP

EP14F July 2022
OD: 12 1/2 x 9 1/2

FLAT RATE
ONE RATE ■ A

TRACKED

PS00001000014

*Peloton Interactive, Inc. Securities Litigation*
Claims Administrator
P.O. Box 2915
Portland, OR 97208-2915

Website:    www.PelotonSecuritiesSettlement.com
Email:      Info@PelotonSecuritiesSettlement.com
Phone:      1-855-518-3039

*400649710003054429*
000 0002427 00000000 0001 0001 02427 INS: 0 0
JOHN TSAMPAS &
OLGA TSAMPAS JT TEN TOD DTD

Claim Number:        22

Response Deadline:    **January 27, 2025**

January 7, 2025

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Peloton Interactive, Inc. Securities Litigation. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that the condition(s) remain(s) uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim. If you would like an update about the status of your Claim after you respond, please contact us using the information set forth above.**

**Ineligibility Condition:** No Class Period Purchases/Acquisitions of Peloton securities between September 11, 2020, and May 5, 2021, inclusive. (No Eligible Transactions).

The Claim referenced above did not contain any eligible purchases/acquisitions of Peloton securities during the Class Period (i.e., the period between September 11, 2020, and May 5, 2021, inclusive). Unless you had additional purchases/acquisitions of Peloton securities during the Class Period that were not reflected in your original Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility only by submitting additional purchases/acquisitions of Peloton securities during the Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those purchases/acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation in order for you to be eligible to receive a distribution.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

AK7301 v.07

There is a discrepancy between the number of shares of Peloton securities you reported on your Claim as purchased, acquired, and/or sold and the number shares held at the beginning of the Class Period (opening of trading on September 11, 2020) and (for common stock shares) at the end of the 90 day look-back period (close of trading on August 2, 2021). For call and put options, your transactions must balance between the opening of trading on September 11, 2020 and May 5, 2021.

**How to Resolve:** You must provide any missing transactions, missing unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, any transactions that relate to the discrepancy will be rejected according to First-In, First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Class Period + All Shares Purchased or Acquired - All Shares Sold or Delivered - Unsold Shares as of August 2, 2021. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Quantity | Type of Transaction | Type of Security |
|---|---|---|
| -540.00 | Holding Difference 08/02/2021 | Common Stock |

To resolve the condition(s) listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss under the Court-approved Plan of Allocation set forth in the Notice in order to be included in the list of eligible Claims. If you disagree with the condition(s) identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.PelotonSecuritiesSettlement.com.

Sincerely,

*Peloton Securities Settlement*
Claims Administrator

AK7302 v.07

Peloton Interactive, Inc. Securities Litigation                    January 15, 2025
Claims Administrator

P.O. Box 2915

Portland, OR 97208-2915

**Re: Notice of Incomplete Proof of Claim Submission, Peloton Interactive, Inc. Securities Litigation**
**Claim Number:** 22

Dear Claims Administrator,

In receipt of your letter/notification indicating that my claim was rejected due to non-submittal of accurate documentation, I am writing to resolve the condition of ineligibility outlined in your letter. In an attempt to secure participation in the **Peloton Interactive, Inc. Securities Litigation, I am at this type providing proof of** Purchases/Acquisitions of Peloton securities for the class period of September 11, 2020 through May 5, 2021.

**<u>Background: November 18, 2020 - Purchase of 30 shares of Peloton Interactive, Inc.</u>**

- **<u>I am providing a copy of the November 2020 monthly statement provided to me by T.Rowe Price brokerage services which reflects this trade (See attachment, pg. 8).</u>**

In accordance with the procedures outlined in your letter (dated January 7, 2025, which was received and acknowledged on January 14, 2025, with a posted deadline of January 27, 2025), I am respectfully requesting a review of our initial claim rejection, and reconsideration with respect to our claim's eligibility. With the additional documentation provided, I believe there is sufficient evidence to adequately rectify our initial documentation and claim deficit so as to certify our claim's eligibility.

Thank you for your attention to this matter. I look forward to your response.

Sincerely,

*Olga Tsampas*
Olga Tsampas

*John Tsampas*
John Tsampas

**Attachments: <u>November 2020 monthly statement from T.Rowe Price Brokerage.</u>**

# T.Rowe Price®
### INVEST WITH CONFIDENCE

Investor Number
Brokerage Account Number

## BROKERAGE HOLDINGS    continued

| Stocks, Rights, and Warrants | Quantity | Price | 11/30/20 Value | Change From 10/31/20 | Estimated Annual Income[1] | Estimated Yield[1] |
|---|---|---|---|---|---|---|
| PELOTON INTERACTIVE INC CL A COM PTON | 30.000 | $116.3500 | $3,490.50 | $3,490.50 | | |

[1] Estimated Annual Income and Estimated Yield are hypothetical based on prior year distributions and does not reflect changes in price. Estimates will not appear for certain securities such as mutual funds, ETFs, and non-dividend paying equity holdings.

## BROKERAGE TRANSACTION SUMMARY

| | Amount |
|---|---|
| **SECURITIES BOUGHT AND SOLD** | |
| TOTAL PURCHASES | |
| TOTAL SALES | |
| **DIVIDENDS AND INTEREST** | |
| TOTAL DIVIDENDS AND INTEREST | |
| **MONEY MARKET TRANSACTIONS** | |
| TOTAL MONEY MARKET DEPOSITS | |
| TOTAL MONEY MARKET WITHDRAWALS | |

## BROKERAGE ACTIVITY

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | **SECURITIES BOUGHT AND SOLD** | | | | |

continues...

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.



# T.RowePrice®
### INVEST WITH CONFIDENCE

November 1 - November 30, 2020

## Brokerage Statement

Investor Number
Brokerage Account Number

## BROKERAGE ACTIVITY                    continued

| Date | Activity | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 11/18 | PURCHASED | PELOTON INTERACTIVE INC CL A COM UNSOLICITED ORDER | 30.000 | $97.0100 | -$2,920.25 |

**DIVIDENDS AND INTEREST**





Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

# T. RowePrice®
### INVEST WITH CONFIDENCE



## Brokerage Statement

Investor Number
Brokerage Account Number



## ORDERS NOT EXECUTED

| Order Date | Order Type | Description | Quantity | Order Price | Current Price |
|---|---|---|---|---|---|
| 11/17 | Limit | Sell: PELOTON INTERACTIVE INC CL A COM | 30.000 | $137.0000 | $116.3500 |

**End Of Brokerage Statement**

Brokerage accounts, including their assets and positions, are carried by Pershing LLC (Pershing), a BNY Mellon company, and a member of NYSE/FINRA/SIPC, through T. Rowe Price Brokerage, a division of T. Rowe Price Investment Services, Inc., a member of FINRA/SIPC.

O. Tsampas

Claim # 22

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

U.S. POSTAGE PAID
FCM LETTER
MANHASSET, NY 11030
JAN 15, 2025

97208

$4.85

S2324D501855-04

FOREVER / USA

9589 0710 5270 1390 8439 77

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

Peloton Interactive, Inc.
Securities Litigation
Claims Administrator
P.O. BOX 2915
Portland, OR 97208-2915

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POSTCONSUMER CONTENT

MID-ISLAND NY 117

15 JAN 2025 PM 3 L