# EXHIBIT E



# Peloton Interactive
# Initial Distribute Estimate

## Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 1,500 |
| Wires | 7,750 |
| Percentage of Undeliverables | 5% |
| Reissues | 150 |
| Duration | 6 |

## Detailed Estimate
# Peloton Interactive

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| Record Undeliverable Mail | Per Piece | 0.29 | 75 | $ 21.75 |
| Enter Change of Address - Postal Forward | Per Address | 0.45 | 150 | $ 67.50 |
| IVR Maintenance Fee | Per Month | $ 175.00 | 6 | $ 1,050 |
| IVR Minutes of Use | Per Minute | $ 0.19 | 1200 | $ 228 |
| Contact Center Agent Call Handling (Shared) | Per Minute | $ 1.05 | 600 | $ 630 |
| Website Hosting | Per Month | $ 175.00 | 6 | $ 1,050 |
| Project Manager | Per Hour | $ 165.00 | 12 | $ 1,980 |
| Project Coordinator | Per Hour | $ 100.00 | 24 | $ 2,400 |
| Data Analyst/IT Support | Per Hour | $ 150.00 | 8 | $ 1,200 |
| Correspondence Review and Response | Per Hour | $ 60.00 | 40 | $ 2,400 |
| Programming Distribution Calculation | Per Hour | $ 150.00 | 15 | $ 2,250.00 |
| Check Run Coordination | Per Hour | $ 60.00 | 18 | $ 1,080.00 |
| Account Management and Reconciliation | Per Hour | $ 75.00 | 18 | $ 1,350.00 |
| Print 1-image Check with Stub | Per Check | $ 0.30 | 1650 | $ 495.00 |
| ACH/Wire Payments | Per Wire | $ 25.00 | 100 | $ 2,500.00 |
| Postage | Per Check | $ 0.73 | 1650 | $ 1,204.50 |
| Bank Fees | Per Month | $ 200.00 | 6 | $ 1,200.00 |
| Settlement Fund (QSF) Income Tax Return | Per Year | $ 2,500.00 | 1 | $ 2,500.00 |

**Total Estimated Costs    $    23,606.75**